**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., <br><br>    *Plaintiffs,* <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br>    *Defendants.* | Civil Action No. 25-400 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Nicolas Sansone as counsel for Plaintiffs.

Dated: February 10, 2025

Respectfully submitted,

/s/ Nicolas Sansone
Nicolas Sansone (DC Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7714
nsansone@citizen.org