CO-386
10/2018

# United States District Court
# For the District of Columbia

AIDS Vaccine Advocacy Coalition, et al.,

                  Plaintiff

vs

United States Department of State, et al.,

                  Defendant

Civil Action No. 25-cv-400

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for AIDS Vaccine Advocacy Coalition certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AIDS Vaccine Advocacy Coalition which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

No. 424786
BAR IDENTIFICATION NO.

Allison M. Zieve
Print Name

1600 20th Street NW
Address

Washington, DC 20009
City     State     Zip Code

202-588-1000
Phone Number