UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00400 |

**NOTICE OF RELATED CASE**

Pursuant to Local Civil Rule ("LCvR") 40.5(b)(3), Defendants hereby notify the Court of the existence of a potentially related case. As explained below, this subsequently filed case *AIDS Vaccine Advocacy Coalition et al. v. Department of State et al.*, 1:25-cv-400, implicates questions of law and fact that have been raised in the *American Foreign Service Association et al. v. Trump et al.*, 1:25-cv-352. Pursuant to the requirements of LCvR 40.5(b)(3), Defendants file this notice with the Clerk so that it may be transmitted to Judge Carl J. Nichols. A copy of this notice has also been served on all other parties through the Court's electronic filing system.

Although this case includes some claims not at issue in the *American Foreign Service Association* case, and the cases involve different named plaintiffs, both involve a claim challenging the propriety of Executive Order No. 14169, "Reevaluating and Realigning United States Foreign Aid," 90 Fed. Reg. 8619 (Jan. 20, 2025). Both actions involve the same plaintiffs' counsel, *compare AIDS Vaccine Advocacy Coalition*, Compl., ECF no. 1 at 21, *with American Foreign Service Association*, Compl., ECF No. 1 at 30, and both allege that, in issuing this Executive Order,

President Trump violated the Separation of Powers and the Take Care Clause, *compare AIDS Vaccine Advocacy Coalition*, Compl. ¶¶ 45-59, *with American Foreign Service Association*, Compl ¶¶ 49-71, and challenge the agencies' actions under the Administrative Procedure Act, *compare AIDS Vaccine Advocacy Coalition*, Compl. ¶¶ 60-66, *with American Foreign Service Association*, Compl ¶¶ 72-75. Because both the *AIDS Vaccine Advocacy Coalition* case and this case "(i) relate to common property," "(ii) involve common issues of fact," and "(iii) grow out of the same event or transaction," LCvR 40.5(a)(3), Defendants respectfully submit that these cases may warrant consideration for relatedness.

Dated: February 11, 2025					Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*