UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 25-cv-400 ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs respectfully submit this response to the Court's order to show cause why this case should not be randomly assigned.

This case challenges Executive Order 14169, titled "Reevaluating and Realigning United States Foreign Aid," 90 Fed. Reg. 8619, which announces a freeze on "foreign development assistance" and directs the Office of Management and Budget (OMB) to "enforce" that freeze, and subsequent actions taken by the Defendants to effectuate a freeze on foreign assistance funding.

After initiating this case, Plaintiffs filed a related case form citing two cases that have some overlap with the facts at issue here. Neither case overlaps in full, but Plaintiffs believe that Local Civil Rule 40.5(a)(3) and the language of the related case form required them to note both cases to enable the Court to determine the appropriate assignment.

1

The first case is *National Council of Nonprofits, v. Office of Management and Budget,* No. 25-CV-239, which is pending before this Court. That case challenges a memorandum issued by OMB (M-25-13), directing agencies to "temporarily pause all activities related to obligation or disbursement of all Federal financial assistance." Plaintiffs believe that *National Council of Nonprofits* involves common issues of fact under Local Civil Rule 40.5(a)(3) because the Executive Order challenged here directs the OMB to "enforce" the pause on "foreign development assistance." And the OMB memorandum challenged in *National Council of Nonprofits* identifies the Executive Order as the basis on which OMB instructed agencies to freeze funding. Plaintiffs named OMB and its Director Russell Vought as Defendants in this case, because the continuing freeze in federal funding for foreign aid assistance may have been effectuated in part through the actions challenged in *National Council of Nonprofits*.

The second case identified by Plaintiffs is *American Federation of Government Employees, v. Trump,* No. 25-CV-352, which is pending before the Honorable Carl J. Nichols. Plaintiffs in that case challenge the dissolution of the U.S. Agency for International Development (USAID). Plaintiffs listed this case as a related case because one component of dissolving USAID is the freeze on foreign assistance challenged here. *See* Compl., No. 25-CV-352, ECF No. 1 at p. 2–3.

February 11, 2025                                  Respectfully submitted,

/s/ Lauren Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*