UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF STATE, et al., )<br><br>*Defendants*. ) | Civil Action No. 25-cv-400 |

**ERRATA**

The complaint filed on February 10, 2025 (ECF 1) is corrected as follows:

In Paragraph 20, "It is comprised of" should be replaced with "GACC has collaborated with".

Dated: February 11, 2025            Respectfully submitted,

/s/ Lauren Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*