UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
AIDS VACCINE ADVOCACY       )
COALITION, et al.,                       )
                                            )
                       *Plaintiffs*,         )         Civil Action No. 25-cv-400
                                            )
                       v.                   )
                                            )
UNITED STATES DEPARTMENT )
OF STATE, et al.,                        )
                                            )
                       *Defendants*.        )
_____)

## DECLARATION OF MITCHELL WARREN

I, Mitchell Warren, declare the following under penalties of perjury:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.    I am the Executive Director of the AIDS Vaccine Advocacy Coalition (AVAC), a New York-based non-profit organization that leverages its independent voice and global partnerships to accelerate the ethical development and equitable delivery of effective HIV prevention options.

3.    AVAC was the recipient of a five-year Cooperative Agreement with USAID in June 2016 to fund our HIV Prevention and Biomedical Research Project. That agreement funded our work on the Coalition to Accelerate & Support Prevention Research (CASPR), a coalition of African civil society organizations that conducts research on HIV prevention and translates that research into resources for local

communities, including medical research trial participants.

4.  AVAC's work with CASPR has been essential in, among other things, preparing African nations for the rollout of pre-exposure prophylaxis (PrEP), a medication regimen used to prevent HIV infection in people who are at high risk of exposure to the virus.

5.  PrEP is an essential part of the global fight against HIV/AIDS. This lifesaving treatment is highly effective in preventing HIV infection and has drastically reduced the number of new HIV infections and AIDS-related deaths.

6.  In turn, the support of the United States through the President's Emergency Plan for AIDS Relief (PEPFAR) is crucial in supporting PrEP initiations for high-risk populations globally. According to the government's own materials, PEPFAR accounts for more than 90% of PrEP initiation worldwide.[1] And PEPFAR is currently supporting long-acting injectable PrEP with plans to launch in six additional countries by the end of 2024.[2]

7.  This injectable—lenacapavir—is astonishingly effective. One trial found 100% efficacy in preventing HIV in a group of 5,300 people in Uganda and South Africa. Another showed a 96% reduction in HIV incidence.

8.  CASPR is a crucial part of the rollout of lenacapavir. Our experience has shown that even extremely effective medication must be supported by programs,

---

[1] *See* hiv.gov, *PEPFAR* (Dec. 23, 2024), https://www.hiv.gov/federal-response/pepfar-global-aids/pepfar.

[2] *Id.*

policies, and funding to improve access. Through CASPR, AVAC is working diligently to ensure that rollout of the new, life-saving medication is both swift and ethical.

9. In 2021, USAID extended the cooperative agreement for five years—until June 19, 2026—and doubled the amount of funding provided to AVAC under the grant.

10. Grant funding from USAID constitutes 40 percent of AVAC's total operating budget.

11. As a result, the orders freezing funding and requiring AVAC to stop work on federally funded projects have eviscerated AVAC's ability to provide crucial support to HIV preventive research, development, and rollout. The freeze forced us to halt all CASPR work, resulting in disruption to HIV prevention research and development and to clinical trials.

12. So far, AVAC has had to lay off 7 people from our 46 person staff as a result of the abrupt halt in federal funding. We will be forced to lay off 10 more people over the next month.

13. The injuries suffered by AVAC are ongoing and will persist unless the stop-work orders are rescinded.

14. A true and correct copy of the stop work order AVAC received is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025.

/s/ *Mitchell*
Mitchell Warren
Executive Director, AVAC

4