# EXHIBIT A

**Nick Sansone**

| | |
|---|---|
| **From:** | Drew Sullivan <drew@occrp.org> |
| **Sent:** | Friday, January 24, 2025 8:06 PM |
| **To:** | Alexandra Gillies; Katie Hunt |
| **Subject:** | Fwd: Notice of Suspension for SLMAQM21GR3111 |

See these emails.....

_____

Drew Sullivan
Editor and Publisher OCCRP
@drewOCCRP
+387 61 139-403

Join the Fight! Hold Power to Account.

Inline images

---------- Forwarded message ---------
From: **McCliggott JR, Timothy M** <McCliggottTM@state.gov>
Date: Fri, Jan 24, 2025 at 7:27 PM
Subject: RE: Notice of Suspension for SLMAQM21GR3111
To: drew@occrp.org <drew@occrp.org>
CC: Cook, Rachel <CookR1@state.gov>, Adams, Maheisha <AdamsM1@state.gov>

Hi Andrew,

Sorry for the confusion, this is a very hectic time. The suspension still stands.

Best,

Tim

**Timothy McCliggott Jr.**

Grants Management Specialist

U.S. Department of State

Office: (202) 374-5982

 

INTEGRITY|SOLUTIONS-ORIENTED|HIGH-PERFORMING|DETERMINED

---

**From:** McCliggott JR, Timothy M
**Sent:** Friday, January 24, 2025 7:21 PM
**To:** drew@occrp.org
**Cc:** Cook, Rachel <CookR1@state.gov>; Adams, Maheisha <AdamsM1@state.gov>
**Subject:** RE: Notice of Suspension for SLMAQM21GR3111


Hi Andrew,


Please disregard the previous email. An exemption request has been submitted for this award.

Best,


Tim


**Timothy McCliggott Jr.**

Grants Management Specialist

U.S. Department of State

Office: (202) 374-5982

 

INTEGRITY|SOLUTIONS-ORIENTED|HIGH-PERFORMING|DETERMINED

---

**From:** McCliggott JR, Timothy M
**Sent:** Friday, January 24, 2025 3:39 PM
**To:** drew@occrp.org
**Cc:** Cook, Rachel <CookR1@state.gov>; Adams, Maheisha <AdamsM1@state.gov>
**Subject:** Notice of Suspension for SLMAQM21GR3111

Dear Andrew Sullivan,

Please find attached the Notification of Suspension for your Department of State Award . This is not due to any actions by your organization. This is to give the new administration time to review the use of Foreign Assistance Funds.

Best,

Tim

**Timothy McCliggott Jr.**

Grants Management Specialist

U.S. Department of State

Office: (202) 374-5982




INTEGRITY|SOLUTIONS-ORIENTED|HIGH-PERFORMING|DETERMINED

**Department of State** 

---

NOTICE OF SUSPENSION

January 24, 2025

Dear Recipient:

The U.S. Department of State hereby notifies the recipient that this award is immediately suspended as of January 24, 2025. This award no longer effectuates agency priorities in accordance with the U.S. Department of State Standard Terms and Conditions.

This suspension may be further codified through an amendment to the award reflecting the termination date if deemed applicable.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

A final performance report [and financial report] will be due 120 days after the effective date if the award is terminated.

Grants Officers Mauna Dosso has signed on behalf of Grants Officer Tyra Bailey. Please contact your Grants Officer, Tyra Bailey at baileytr@state.gov if there are any questions or concerns.

Sincerely,

Mauna Dosso

Mauna
Dosso

Digitally signed by
Mauna Dosso
Date: 2025.01.24
22:16:11 -05'00'



**Department of State**

---

**Suspension Notification**

---

NOTICE OF SUSPENSION

1/24/2025

JOURNALISM DEVELOPMENT NETWORK
REF: SAQMIP24GR5268;

Greetings,

The U.S. Department of State hereby notifies the recipient that this award is immediately suspended as of 1/24/2025. This award no longer effectuates agency priorities and is suspended in accordance with the U.S. Department of State Standard Terms and Conditions.

This suspension may be further codified through an amendment to the award reflecting the suspension date.

Effective immediately upon receipt of this Notice of Suspension the Recipient must stop all work on the program and not incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.


Sincerely,

Timothy McCliggott

*Timothy McCliggott*

**Nick Sansone**

---

| | |
|---|---|
| **From:** | Drew Sullivan <drew@occrp.org> |
| **Sent:** | Sunday, January 26, 2025 9:28 AM |
| **To:** | Oliver Rivers; Katie Hunt |
| **Subject:** | Fwd: NOTICE OF SUSPENSION for Award: SINLEC22GR0342 |

Here is another.

Katie, can you tell us which USG grants have we not gotten one of these for? Katie can you confirm with them.

_____

Drew Sullivan
Editor and Publisher OCCRP
@drewOCCRP
+387 61 139-403

Join the Fight! Hold Power to Account.

Inline images

---------- Forwarded message ---------
From: **Horta, Marco A** <HortaMA@state.gov>
Date: Sun, Jan 26, 2025 at 1:11 AM
Subject: NOTICE OF SUSPENSION for Award: SINLEC22GR0342
To: drew@occrp.org <drew@occrp.org>, deniz@occrp.org <deniz@occrp.org>
CC: Melzer, Sharon A <MelzerSA@state.gov>, Elspeth O`Neill <elspeth.oneill@occrp.org>

The U.S. Department of State hereby notifies the recipient that this award is immediately suspended as of **January 25, 2025**.

This suspension may be further codified through an amendment to the award reflecting the suspension date.

Effective immediately upon receipt of this Notice of Suspension, the Recipient **must** stop all work on the program and **not** incur any new costs after the effective date cited above. The Recipient must cancel as many outstanding obligations as possible.

Until Further Notice,

Marco Horta

Grants Management

U.S. Department of State - INL/EX/GAPP



January 27, 2025
**SUSPENSION OF AWARD IMPLEMENTATION**

Reference:  President Trump's Executive Orders Reevaluating and Realigning United States Foreign Aid; Reevaluating and Realigning United States Foreign Aid and DEIA Activities Under Existing USAID Awards

This notice applies to all assistance awards (e.g., cooperative agreements and grants) issued by USAID/M/OAA/RM.

**Suspend Performance**. The Agreement Officer hereby issues this order for award recipients to immediately suspend performance (See 2 CFR 700.14) under the agreement between your organization and USAID. You must not resume implementation until you have been notified in writing by the cognizant Agreement Officer to resume implementation. In the meantime, the award recipient will take all reasonable steps to minimize the incurrence of costs allocable to the agreement during this pause. For additional guidance, please refer to "Notice on Implementation of Executive Order: Reevaluating and Realigning United States Foreign Aid." Please confirm via e-mail to the cognizant Agreement Officer of your receipt of this notice and your intent to comply with this Stop-Work Order.

**Certification**. Previously via email dated January 24, 2025 you were asked to send written certification that you are not implementing DEIA-related activities under the award. This certification request is in accordance with the "Notice on Implementation of Executive Order: DEIA Activities Under Existing USAID Awards" issued by the USAID Senior Procurement Executive on January 24, 2025. **Please send the written certification via Email with the Subject Line: "DEIA Partner Certification" to the cognizant Agreement Officer and to IndustryLiaison@usaid.gov**. The certification should include the name of the activity, the award number, and a clear statement that DEIA-related activities have completely ceased.

Additional details will be forthcoming as soon as possible. In the meantime, please direct any questions to my attention at aworkneh@usaid.gov.

Sincerely,

*Abdissa Workneh*

Digitally signed by Abdissa Workneh
DN: cn=Abdissa Workneh, o=United States
Agency for International Development, ou=M/
OAA/RM/AEM, email=aworkneh@usaid.gov,
c=US
Date: 2025.01.27 19:54:22 -05'00'

Agreement Officer
M/OAA/RM/AEM