**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |
| *Defendants*. | ) ) |

Civil Action No. 25-400 (AA)

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying memorandum of law, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants are **ENJOINED** from enforcing or implementing the Executive Order Number 14169, "Reevaluating and Realigning United States Foreign Aid" (Jan. 20, 2025), and are **ENJOINED** from enforcing or implementing the January 24, 2025, memorandum issued by Secretary of State Marco Rubio, with the subject line "Executive Order on Review of Foreign Assistance Programs" and numbered "25 STATE 6828."

It is further **ORDERED** that Defendants are **ENJOINED** from issuing, implementing, or enforcing any stop-work orders under the authority of the aforementioned Executive Order and memorandum, including the stop-work orders

that have been filed in this case as exhibits to the Declarations of Mitchell Warren and Andrew Sullivan that accompany Plaintiffs' motion.

It is further **ORDERED** that Defendants are **ENJOINED** to reinstate foreign assistance funding and to continue to administer all foreign assistance awards to the same extent and in the same manner as they did prior to January 20, 2025, according to the terms of the awards.

It is further **ORDERED** that this case shall be set for summary judgment briefing on an expedited basis. A scheduling order will follow in short order.

**SO ORDERED**.

Dated: February ___, 2025

_____
U.S. District Judge