UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00400 |

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiffs' motion for a temporary restraining order (Dkt. 13), and the record herein, hereby **ORDERS** that Plaintiffs' motion is **DENIED**.

IT IS SO **ORDERED**, this __ day of February, 2025.

_____
Amir H. Ali
UNITED STATES DISTRICT JUDGE

1