UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 25-400 (AA) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SUPPLEMENTAL FILING**

Following argument on the motion for a temporary restraining order filed by Plaintiffs AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc., this Court directed the parties to submit proposed orders describing the scope of relief. Plaintiffs submit this proposed order in response to the Court's direction.

Dated: February 12, 2025

Respectfully submitted,

/s/ Nicolas A. Sansone
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*