UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>       *Defendants*. | Civil Action No. 25-400 (AA) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying memorandum of law, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants U.S. Department of State, U.S. Agency for International Development, Secretary of State Marco Rubio, Office of Management and Budget, and Office of Management and Budget Director Russell Vought (the Enjoined Defendants) are **ENJOINED** from enforcing or implementing Sections 3(a) and 3(c) of Executive Order Number 14169, "Reevaluating and Realigning United States Foreign Aid" (Jan. 20, 2025), in connection with any federal foreign assistance award that was in existence as of January 19, 2025.

It is further ordered that the Enjoined Defendants are **ENJOINED** from enforcing or implementing Sections 1, 5, 7, 8, and 9 of the January 24, 2025,

1

memorandum issued by Secretary of State Marco Rubio, with the subject line "Executive Order on Review of Foreign Assistance Programs" and numbered "25 STATE 6828," in connection with any federal foreign assistance award that was in existence as of January 19, 2025.

It is further **ORDERED** that the Enjoined Defendants are **ENJOINED** from issuing, implementing, or enforcing any stop-work orders or termination notices under the authority of the aforementioned Executive Order and memorandum, including the stop-work orders that have been docketed in this case at Numbers 13-3 and 13-5.

It is further **ORDERED** that the Enjoined Defendants are **ENJOINED** to reinstate foreign assistance funding in connection with all grants that were in existence as of January 19, 2025, and that have a termination date after the date of this order, and to continue to administer those grants to the same extent and in the same manner that they did prior to January 20, 2025, until the grant's termination date or until further order of this Court, *except that* nothing in this order shall enjoin Defendants from enforcing the terms of the grants.

It is further **ORDERED** that the Enjoined Defendants file a written status report apprising the Court of compliance with this order within 24 hours of the issuance of this order.

It is further **ORDERED** that this case shall be set for summary judgment briefing on an expedited basis. A scheduling order will follow in short order.

**SO ORDERED**.

Dated: February \_\_\_, 2025

_____
U.S. District Judge