# Exhibit 1

From: **Jami Rodgers** <jrodgers@usaid.gov>
Date: Sun, Feb 9, 2025 at 10:14 PM
Subject: Action Required – Termination of Awards for Convenience
To: Abdissa Workneh <aworkneh@usaid.gov>, Rukmal Perera <rperera@usaid.gov>, Nayo Tolbert <ntolbert@usaid.gov>, Mir Ershadullah <mershadullah@usaid.gov>, Gwendolyn Ruffin <gruffin@usaid.gov>, Narine Sargsyan <nsarkisian@usaid.gov>, Alexis McGinness <amcginness@usaid.gov>, Maya Chelidze <mchelidze@usaid.gov>, Kinsy Hood <khood@usaid.gov>, Daniet Moges <dmoges@usaid.gov>, Amy Larsen <alarsen@usaid.gov>, Jonathan Lloyd <jlloyd@usaid.gov>, Deborah Perlman <dperlman@usaid.gov>, Maria Televantos <mtelevantos@usaid.gov>, Craig Smith <csmith@usaid.gov>, Admir Serifovic <aserifovic@usaid.gov>, Vandana Vats <vvats@usaid.gov>, Mutaher M. Hussain <mmhussain@usaid.gov>, Brian Aaron <raaron@usaid.gov>, Muhammad Bilal <mbilal@usaid.gov>, Francis Hall <fhall@usaid.gov>, Vann Rolfson <vrolfson@usaid.gov>, Elizabeth Colarik <ecolarik@usaid.gov>, Albert Carrera <acarrera@usaid.gov>, Patrick Robison <probison@usaid.gov>, Maria de los Angeles Reyes <mreyes@usaid.gov>, Gregory S. Wang <gwang@usaid.gov>, Robert Parnell <rparnell@usaid.gov>, Natalie Thunberg <nthunberg@usaid.gov>, Sandra Asiedu <sasiedu@usaid.gov>, Abdullahi Sadiq <asadiq@usaid.gov>, Hiba Anwar <hanwar@usaid.gov>, Zita Kusi <zkusi@usaid.gov>, Taniece Baldwin Owusu <tbaldwinowusu@usaid.gov>, Edel Perez <eperez@usaid.gov>, Yves Kore <ykore@usaid.gov>, Patrice Lopez <patlopez@usaid.gov>, Jamie Lewis <jamilewis@usaid.gov>, Deborah Rakowski <drakowski@usaid.gov>, Eric Strong <estrong@usaid.gov>, Juana Morales <jmorales@usaid.gov>, Garth Patterson <gpatterson@usaid.gov>, Foster, Dennis (M/OAA/EGAT) <dfoster@usaid.gov>, Makhuza Matchaba <mmatchaba@usaid.gov>, Sandro Carrillo <scarrillo@usaid.gov>, Mark Poubelle <mpoubelle@usaid.gov>, Robert Trimble <rtrimble@usaid.gov>, Michele Maximilien <mmaximilien@usaid.gov>, A. Phillip Asante <aasante@usaid.gov>, Suzanne Johnson <sjohnson@usaid.gov>, Craig Riegler <criegler@usaid.gov>, Fabiola Loy <floy@usaid.gov>, Scott Ferrante <sferrante@usaid.gov>, Elizabeth Surette <esurette@usaid.gov>, Megan Strembitsky <mstrembitsky@usaid.gov>, Hillary Marshall <hmarshall@usaid.gov>, Prince Boateng <pboateng@usaid.gov>, Shannon White <shwhite@usaid.gov>, Adrienne Shade <ashade@usaid.gov>, Erica Knight <ebigelow@usaid.gov>, Jeremiah Keenan <jkeenan@usaid.gov>, Daniel Moore <danmoore@usaid.gov>, Massoud Ahmad <mahmad@usaid.gov>, <kulmer@usaid.gov>, Apisit Viriya <aviriya@usaid.gov>, George Boateng <gboateng@usaid.gov>, Robert Hicks <rohicks@usaid.gov>, Artaveya Carter <acarter@usaid.gov>, Dunn, Alisa <adunn@usaid.gov>, Francine Gigot <fgigot@usaid.gov>, Ethan Takahashi <etakahashi@usaid.gov>, Jessica Faber <jfaber@usaid.gov>, Dukagjin Hasani <dhasani@usaid.gov>, Lidija Kranjec <lkranjec@usaid.gov>, Leona Sasinkova <lsasinkova@usaid.gov>, Matthew Courtad <mcourtad@usaid.gov>, Juli Dent <jdent@usaid.gov>, David Arnett <darnett@usaid.gov>, Rawia Istanbuli <ristanbuli@usaid.gov>, Justin Gunnoe <jgunnoe@usaid.gov>, Camille Garcia <cgarcia@usaid.gov>, Daniel Harter <dharter@usaid.gov>, Gezim Hysenagolli <ghysenagolli@usaid.gov>, Robyn Bertholon <rbertholon@usaid.gov>, Rachel Muth <rmuth@usaid.gov>, <marahman@usaid.gov>, Andrew Holland <aholland@usaid.gov>, Patrick Kollars <pkollars@usaid.gov>, Tanapreeyanun Paoluglam <tpaoluglam@usaid.gov>, Andrea Capellan <acapellan@usaid.gov>, Jonathan Chappell <jchappell@usaid.gov>, Bolanle Ekpe <bekpe@usaid.gov>, <dbrady@usaid.gov>, Brian Murphy <bmurphy@usaid.gov>, Alice Gillispie <algillispie@usaid.gov>, Ayla-Rebeka Brooks <aybrooks@usaid.gov>, Belay Teame <bteame@usaid.gov>, Ananciata Muyama <amuyama@usaid.gov>, Leslie Petersen <lpetersen@usaid.gov>, Ruth Caesar-Hne <rcaesar-hne@usaid.gov>, Lezanda Bruwer <lbruwer@usaid.gov>, Nancy Kleinhans <nkleinhans@usaid.gov>, Aaron Ruble <aruble@usaid.gov>, Lentini, Joseph <jlentini@usaid.gov>, Calvin Payne <capayne@usaid.gov>
Cc: Nadeem Shah <nshah@usaid.gov>, Adam Cox <acox@usaid.gov>, Jeremy Lewin <jlewin@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Jason Gray <jasgray@usaid.gov>, OAAForeignOps <OAAForeignOps@usaid.gov>, Kenneth Jackson <kensjackson@usaid.gov>, Joel Borkert <jborkert@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>

Dear Colleagues,

We have received a list of awards that Secretary Rubio has reviewed and identified for termination for convenience.

We request your support in taking action on these activities by issuing notices to our partners. **Once you've taken action, please note this on column A of the tracker.** If you are not the current POC, please update and notify the correct person.

USAID Contract + Grants to Terminate (Tranche 1)_v4

Before proceeding with any terminations, please coordinate with your relevant technical and program colleagues to ensure that no awards fall under the **Humanitarian Assistance**, **PEPFAR, or any other relevant approved waivers**.

For your convenience, M/OAA Policy has drafted several templates to assist with this process. You can access them here: Termination Notices Templates (A&A)

Please let us know if you have any questions or require further guidance.

Jami

**Jami J. Rodgers, CPCM**

U.S. Agency for International Development (USAID)

Chief Acquisition Officer and Senior Procurement Executive

Director, Bureau for Management Office of Acquisition and Assistance (M/OAA)

[Quoted text hidden]