Exhibit 2

---------- Forwarded message ---------
From: **Jami Rodgers** <jrodgers@usaid.gov>
Date: Tue, 11 Feb 2025 at 05:48
Subject: For Immediate Action: Update on Termination of Awards
To: USAID OAA FSN Network Mail List <usaidoaafsnnetwork@usaid.gov>, Mission & FS CO/AOs - ALL <mission-fs-coaos-all@usaid.gov>, M.OAA Mail List (USAID) <m.oaamaillistusaid@usaid.gov>, <allexosmissionmaillist@usaid.gov>
Cc: Nadeem Shah <nshah@usaid.gov>, Adam Cox <acox@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, OAAForeignOps <OAAForeignOps@usaid.gov>, Gregory Marchand <gmarchand@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Deborah Broderick <dbroderick@usaid.gov>, Lyudmila Bond <lbond@usaid.gov>, Lynn Winston <lwinston@usaid.gov>, Karen Nartey <knartey@usaid.gov>


Colleagues,

Agency leadership has asked that we move quickly to terminate the awards which have been reviewed and approved by Secretary Rubio. I am requesting that you **please complete termination notifications from Tranche 1 and Tranche 2 by close of business Tuesday, February 11.** I have also linked Tranche 3 to this note. Please have these completed by Wednesday, February 12 close of business.

To help you in this process, I want to address a few general questions received related to the termination of awards.

   1. **Under whose authority is the Office of Acquisition and**

**Assistance terminating these awards? What should be used as the basis for determinations to issue termination notices?**

Answer: The termination authority is delegated to me as the Senior Procurement Executive from the Acting USAID Administrator, Secretary Rubio, who has instructed USAID to terminate these awards as a part of the [President's Executive Order on Reevaluating and Realigning United States Foreign Aid](#).

An Action Memorandum for each tranche of awards was reviewed and cleared through the State Department's Director of Foreign Assistance and approved by the Secretary. These actions memos will be filed in a shared drive. This documentation along with this email can be used to support the terminations.

2. **Can GC provide a formal written opinion confirming that Contracting & Agreement Officers are acting within their warrant authority in executing these terminations? Additionally, can GC clarify that COs/AOs will not be held personally liable if the Agency is later found to have acted arbitrarily or violated federal statutes, such as the Impoundment Act.**

    Answer: COs/AOs are within their authority to execute these terminations as delegated by their warrants from the Senior Procurement Executive. Further, the Office of the General Counsel has provided a longstanding and detailed [written opinion](#) considering the issue of personal liability for COs. It concludes that COs, unlike disbursing and certifying officials, may generally not be held personally liable for loss of funds resulting from their official actions;

employees may generally only be subject to administrative penalties for any negligence on their part; and several authorities protect U.S. Government employees from being sued in their personal capacities for actions taken in accordance with their official duties.

3. **Do termination notices need to include all aspects of termination such as business closure, staff disposition, and property settlement ? Could those be provided at a later time?**

   **Answer:** Given the timeline for completing termination notifications in Tranches 1 and 2 by COB Tuesday, February 11, the termination notices do not need to contain termination process details. COs/AOs may use [these templates](#) to address the immediate need. More detailed and robust instructions for finalizing the termination process will be provided.

4. **How do we address awards that we believe have a waiver or exception in place or those that ensure Agency's compliance with statutory requirements?**

   **Answer:** Please work with your relevant Mission or Bureau leadership (e.g., MD or AA) to flag these items for Agency leadership. Mission or Bureau leadership will be responsible for raising these activities to the Administrator's Office and providing a compelling justification for consideration for only those actions that are waived or present a grave risk to the Agency if discontinued.  Please also note these actions in the tracker.

5. **Which awards should we focus on?**

**Answer:** As of this email on Monday February 10, we have three major tranches of awards for your immediate review.

The documents are available below. **Please note in the tracker once you have taken action to terminate the award**. Finally, please note that there are multiple tabs on both documents.

[2.9.25 USAID Contract + Grants to Terminate (Tranche 1)_v4](#)
[2.10.25 USAID Grants & Media Contracts to Cancel (Tranche 2)_v2](#)
[2.10.25 USAID Contract Cuts (Tranche 3)_v4](#)

Thank you for your continued support and immediate attention to this effort.

Jami

**Jami J. Rodgers, CPCM**

U.S. Agency for International Development (USAID)

Chief Acquisition Officer and Senior Procurement Executive

Director, Bureau for Management Office of Acquisition and Assistance (M/OAA)

# 2.9.25 USAID Contract + Grants to Terminate (Tranche 1)_v4, 2.10.25 USAID Grants & Media Contracts to

Cancel (Tranche 2)_v2, 2.10.25 USAID Contract Cuts (Tranche 3)_v4, CO Personal Liability - Answer - 122711.doc - Google Docs.pdf