Outlook

### RE: AIDS Vaccine Advocacy Coalition v. Trump, No. 25-cv-400

From  USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Date  Sat 2/15/2025 11:32 AM
To    Lauren Bateman <lbateman@citizen.org>

Your service package has been received and accepted with a service date of February 11, 2025.  Thank you.

**From:** Lauren Bateman <lbateman@citizen.org>
**Sent:** Tuesday, February 11, 2025 7:16 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Nick Sansone <nsansone@citizen.org>; Allison Zieve <azieve@citizen.org>
**Subject:** [EXTERNAL] AIDS Vaccine Advocacy Coalition v. Trump, No. 25-cv-400

Service Package Attached.



Lauren Bateman

Attorney

Public Citizen Litigation Group

lbateman@citizen.org

202-588-7739