Exhibit E



**BUREAU OF ADMINISTRATION**
**Global Acquisition**

**Acquisition Alert 25-05-01**

**TO:**       All Contracting Activities

**FROM:**   Sharon James
Managing Director
Acquisition Policy Directorate, U.S. Department of State

**SUBJECT:**   **Guidance to Suspend the Pause of Foreign Assistance-Funded Acquisitions**

**1. Introduction:**  The purpose of the amended Acquisition Alert (AA) is to instruct all Contracting Activities to cease all actions to further comply with the guidance provided under the initial AA 25-05, Guidance on Pause of Foreign Assistance-Funded Acquisitions, or with any other guidance directing the termination or suspension of foreign assistance funded contracts.

**2. Background:**  On February 13, 2025, the Court hearing the case of *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump* entered a temporary restraining order (TRO) against the Department of State, USAID, and OMB. Notification of the TRO was provided to the contractor community via a [SAM.Gov](SAM.Gov) notice posted on February 14, 2025.

**3. Acquisition Impact:**  In connection with the litigation, Contracting Officers (COs) must not take further action to effectuate terminations or suspensions (including those pursuant to previously issued guidance) at this time.

**4. Action Required:**  COs must cease further action to pause any new obligations or disbursements of foreign assistance funds to contractors (including those pursuant to previously issued guidance) at this time.  However, COs may continue any actions under any exceptions or waivers granted by the Secretary of State, including to lift a previously issued suspension, or to certify the disbursement of a payment.

**5. Effective Date:** This Acquisition Alert is effective upon issuance.

**6. Expiration Date:** This Acquisition Alert expires when future guidance is issued.

**7. Additional Information:** Questions regarding this Acquisition Alert may be directed to AcquisitionPolicy@state.gov.

**8. Attachments:** None.

**9. Referenced Documents:  N/A**