UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 25-00402 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in support of Plaintiffs' motions for a preliminary injunction, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
AMIR H. ALI
United States District Judge