AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| AIDS VACCINE ADVOCACY COALITION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-00400 (AHA) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constitutional Accountability Center.

Date: 02/19/2024

/s/ Brianne J. Gorod
*Attorney's signature*

Brianne J. Gorod, DC Bar No. 982075
*Printed name and bar number*

Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, DC 20036
*Address*

brianne@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*