AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION ) <br> *Plaintiff* ) <br> v. ) <br> UNITED STATES DEPARTMENT OF STATE ) <br> *Defendant* ) | Case No. 25-00400 (AHA) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constitutional Accountability Center                                                                                          .

Date:     02/19/2024                                    /s/ Miriam Becker-Cohen
                                                        *Attorney's signature*

                                               Miriam Becker-Cohen (DC Bar No. 1616670)
                                                  *Printed name and bar number*

                                               Constitutional Accountability Center
                                               1200 18th Street NW, Suite 501
                                               Washington, DC 20036
                                                          *Address*

                                               miriam@theusconstitution.org
                                                      *E-mail address*

                                               (202) 296-6889
                                                   *Telephone number*

                                                       *FAX number*