# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.* <br><br> Defendants. | Civil Action No. 1:25-cv-00400 |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00402 |

**DECLARATION OF THOMAS MACKIN WILLIAMS**

I, Thomas Mackin Williams, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am a Program Associate Director in the Office of Management and Budget and have been responsible for international programs, including the foreign aid portfolio, since I joined OMB on January 30, 2025. In my most recent previous government service, I performed the duties of Deputy Under Secretary of Defense for Policy at the Department of Defense from 2020 to 2021. From 2018 to 2020, I served at the National Security Council as Deputy Assistant to the President and Senior Director for European Affairs.

3. On January 20, 2025, President Trump issued an executive order directing a pause on "United States foreign development assistance" and requiring agencies to conduct a review of

1

existing foreign aid programs to determine whether they should be modified or terminated. Exec. Order No. 14169 § 3(a), 90 Fed. Reg. 8619 (Jan. 20, 2025) ("the Executive Order"). The Executive Order directed OMB to enforce the pause through its apportionment authority. *See id.* The Executive Order further provided that "responsible department and agency heads, in consultation with the Director of OMB, will make determinations within 90 days of this order on whether to continue, modify, or cease each foreign assistance program based upon the review recommendations, with the concurrence of the Secretary of State." *Id.* § 3(c).

4.  I am aware that this Court entered a temporary restraining order (TRO) on February 13, 2025, that enjoins Defendants from taking certain actions relating to foreign assistance funds.

5.  OMB does not make obligations or disbursements of foreign assistance, with the exception of funds for Foreign Military Financing, which are obligated upon apportionment by operation of law. OMB has not exercised the apportionment authority referenced in the second sentence of § 3(a) of the Executive Order to enforce the pause.

6.  OMB does not understand the TRO to prevent it from engaging in consultations required by § 3(c) of the Executive Order. Because the TRO did not "enjoin any aspect of the Government's ability to conduct a comprehensive internal review of government programs," TRO at 13, OMB intends to continue to consult with department and agency heads regarding whether to continue, modify, or cease each foreign assistance program pursuant to § 3(c) of the Executive Order.

7.  Finally, because OMB is not a party to any contracts, grants, or cooperative agreements for foreign assistance, OMB has not notified the recipients of existing contracts, grants, and cooperative agreements for foreign assistance about the TRO.

I declare that the foregoing is true and correct to the best of my knowledge.


<u>/s/ Thomas Mackin Williams</u>                                    2/18/2025

Thomas Mackin Williams                                              DATE