# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**THIRD DECLARATION OF MITCHELL WARREN**

I, Mitchell Warren, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Executive Director of the AIDS Vaccine Advocacy Coalition (AVAC).

3. AVAC is the recipient of a Cooperative Agreement with USAID to fund our HIV Prevention and Biomedical Research Project, and specifically, our work on the Coalition to Accelerate & Support Prevention Research (CASPR), a working group of African civil society organizations that conducts research on HIV prevention and translates that research into resources for local communities, including medical research trial participants.

4. AVAC received an order from USAID on January 27, 2025, ordering the

organization to "immediately" stop work on that cooperative agreement and directing that AVAC "shall not resume work" until we receive notification that the order has been cancelled. The order also directed AVAC to take "ALL reasonable steps to minimize the incurrence of costs allocable to the work covered by the order."

5. Since this Court issued its order on February 13, 2025, we have affirmatively attempted to contact USAID for guidance. As of the time of this filing, AVAC has not received any guidance that it may resume the work authorized pursuant to the cooperative agreement.

6. In response to an email seeking clarification as to USAID's implementation of the February 13 Order, AVAC's USAID agreement officer responded, "Thank you for your email. The agency has not provided guidance."

7. AVAC attempted to access funds for work already completed on Tuesday, February 18, at 5pm. As of this time, no funds have been disbursed, and the payment portal does not permit AVAC to draw down funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025.

/s/ _____
Mitchell Warren
Executive Director, AVAC