# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |  |
| *Plaintiffs,* | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) |  |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |  |
| *Defendants.* | ) ) |  |

**THIRD DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the co-founder and publisher of the Journalism Development Network (JDN), a Baltimore, Maryland based non-profit. JDN is one of the largest investigative journalism organizations in the world. It publishes as the Organized Crime and Corruption Reporting Project (OCCRP).

3. JDN is the recipient of grants through both the State Department and USAID.

4. Beginning on January 24, 2025, JDN began to receive stop-work orders for each of its grants. The declaration I submitted on February 12, 2025 (ECF No. 13-4) details how devastating the funding freeze and stop work orders have been for

JDN as an organization.

5.  Since this Court issued its order on February 13, 2025, JDN has made multiple attempts to communicate with officials within the State Department and USAID to advise them that it intended to resume grant-funded work, consistent with this Court's order, and inquire as to release of the obligated funds.

   a. On Friday, February 14, a grants officer within the State Department advised that "The suspension remains in effect, and new cost should not be incurred unless you receive notification from your Grants Officer that the suspension has been lifted. We are awaiting further guidance from our leadership and will let you know as soon as we receive additional information."

   b. That same day, a contracting officer within USAID advised, "All work must remain suspended until a formal authorization is granted in writing by USAID. At this time, USAID has not issued any directive to rescind the Stop-Work Order. Please hold off until you receive formal notification to continue."

6.  As of the time of this filing, JDN has not received any guidance that it may resume the work authorized pursuant to the cooperative agreement.

7.  JDN has also attempted to access funds for work already completed, including on Wednesday, February 19. No funds have been disbursed.

8.  Furthermore, JDN has reason to believe that its awards are being targeted for termination on a retaliatory basis.

9.     On February 11, 2025, a list of supposedly wasteful projects reportedly appeared on a newly-registered government website, waste.gov. That list included a bullet point that reads: "$20 million for the Strengthening Transparency and Accountability through Investigative Reporting program which used the Organized Crime and Corruption Reporting Project (OCCRP) as its implementing partner. The OCCRP was cited four times in the whistleblower letter that led to the Russiagate impeachment."[1]

10.    JDN's work is apolitical. Its mission is to inform the public by exposing corruption and other forms of wrongdoing, and our stories have helped return more than $11 billion to public coffers through seizures and fines.

11.    The Strengthening Transparency and Accountability Through Investigative Reporting (STAIR) program that appears to have been targeted by Defendants for termination is a USAID-funded project that supports the role of investigative journalism in promoting greater government accountability and transparency in Europe and Eurasia, including building resilience against authoritarian influence, and to improve the sustainability of the investigative journalism sector. It operates in Europe and Eurasia, including in Albania, Armenia, Belarus, Bosnia-Herzegovina, Czech Republic, Hungary, Georgia, Kosovo, Moldova, Montenegro, North Macedonia, Poland, Slovakia, and Ukraine.

12.    USAID's investments in JDN have generated enormous returns on

---

[1] Markus Reuter, *Leak allegedly reveals DOGE list of "wasteful projects,"* Netzpolitik (Feb. 14, 2025), https://netzpolitik.org/2025/u-s-government-leak-allegedly-reveals-doge-list-of-wasteful-projects/.

taxpayer dollars. For example, prior to STAIR, USAID funded JDN's work through the Regional Investigative Journalism Network (RIJN), a project that produced an estimated 30,000 percent return on USAID's investment by generating reporting that helped return money to public coffers through seizures and fines.

13. Although it will take additional time to calculate the specific return on investment for STAIR, JDN's work under the STAIR grant is substantially similar to its work under the RIJN grant, and I have every reason to believe the return on investment is similar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025

/s/ Andrew Sullivan
Andrew Sullivan
Publisher, Journalism Defense Network