UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-400 (AA) |
| *Plaintiffs*, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF STATE, et al., | | |
| *Defendants*. | | |

**[PROPOSED]
ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION**

Upon consideration of Plaintiffs' emergency motion to enforce the temporary restraining order issued on February 13, 2025 (ECF 17), and to hold Defendants U.S. Department of State, U.S. Agency for International Development, Secretary of State Marco Rubio, Office of Management and Budget, and Office of Management and Budget Director Russell Vought (the Enjoined Defendants) in civil contempt, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that are to **immediately** comply with the terms of this Court's TRO by rescinding all suspensions, stop-work orders, and terminations issued in connection with any federal foreign assistance award that was in existence as of January 19, 2025.

1

It is further **ORDERED** that the Enjoined Defendants are to **immediately** comply with the terms of this Court's TRO by taking all steps necessary to reimburse foreign assistance recipients for work already performed and to promptly pay such recipients for work going forward.

It is further **ORDERED** that the Enjoined Defendants shall not issue any new suspensions, stop-work orders, or terminations unless this Court permits such issuance after considering particularized, case-by-cases bases for any such suspensions, stop-work orders, or terminations.

It is further **ORDERED** that the Enjoined Defendants are held in civil contempt and are **ORDERED** to file a status report as to compliance with this Court's TRO and with this Order by 12 pm tomorrow.

If Enjoined Defendants fail to comply with this Court's TRO and with this Order by 12 pm tomorrow, the Court shall issue an order assessing penalties in the amount of $10,000 per Plaintiff in this case, per day, as well as Plaintiffs' reasonable legal fees, unless and until Enjoined Defendants purge themselves of contempt.

**SO ORDERED**.

Dated: February ___, 2025

_____
U.S. District Judge Amir Ali