UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>   *Defendants*. | Civil Action No. 25-cv-400 (AA) |

## ERRATA

The motion filed on February 19, 2025 (ECF 26) is corrected as follows:

 On page 3, "Peter Marocco" is deleted.

 On page 15, "Peter Marocco" is deleted.

 On page 16, "Peter Marocco" is replaced with "Russell Vought."

Dated: February 20, 2025      Respectfully submitted,

                 /s/ Lauren Bateman
                 Lauren E. Bateman (D.C. Bar No. 1047285)
                 Allison M. Zieve (D.C. Bar No. 424786)
                 Nicolas A. Sansone (D.C. Bar No. 1686810)
                 Public Citizen Litigation Group
                 1600 20th Street NW
                 Washington, DC 20009
                 (202) 588-1000

                 *Counsel for Plaintiffs*