## DECLARATION OF ELISHA DUNN-GEORGIOU

I, Elisha Dunn-Georgiou, declare as follows:

1. I am the President and CEO at the Global Health Council (GHC). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Global Health Council.

2. Plaintiff GLOBAL HEALTH COUNCIL ("GHC") is a private, not-for-profit, membership alliance incorporated in Delaware and enjoying tax-exempt status under Section 501(c)(3) of the Internal Revenue Code. GHC's business address is 2300 N Street NW, Suite 501A, Washington, DC 20037.

3. On February 18, 2025, I received a call informing me that State Department grants had been placed on a 15-day disbursement pause. I was provided a copy of an internal email from a State Department official, which stated (all emphasis is from the original email):

> "Colleagues,
>
> Secretary Rubio has implemented a 15-day disbursement pause on all **$15.9B worth of grants** at the State Department. During this pause, SBO Meyer and others in the Front Office will review all SCA grants and provide a recommendation to the S office on whether to keep or terminate the grant. Your informed assessment of grants at your post is essential.
>
> ACTION REQUEST: Please respond by Washington OOB February 18.
>
> - Work with your teams to review grants for your post (see attached spreadsheet)/
> - Provide COM recommendation in Column R – 'Keep' or 'Terminate.' If you select 'Keep', please write a <u>one-line</u> justification in column S. Nothing is required in Section S if you select 'Terminate'. (If awards have already been terminated prior to 2/12/25, type 'Already Terminated' in Column R.)
> - Please scrutinize your grants and <u>thoroughly</u> assess them based on whether they make **American safer, stronger, or more prosperous.** Please also review the President's executive orders and recommend termination of grants that do not comply with those orders."

4. I am not attaching the email as an exhibit to this declaration to protect the confidentiality of the person who shared it with me, who could face retribution by Defendants. I can make it available for the Court to review it *in camera* if requested.

5. On February 19, 2025, I surveyed the members of GHC that are USAID implementing partners. Twenty-three member organizations responded. Of those 23

organizations, 4 are prime recipients of USAID funding; 7 are sub recipients; and 12 are both a prime and sub recipient.

6. Of the 23 survey respondents, 22 organizations had not received any payment from USAID whatsoever since January 24, 2025.

7. The one organization that had received payment since January 24 is an HIV organization that received a partial payment on a joint CDC and USAID contract.

8. Attached as Exhibit A is a true and correct copy of a letter sent from USAID/Democratic Republic of Congo to USAID/DRC Implementing Partners on February 18, 2025. The letter states: "Please also note that the Agency is continuing to work on issues related to the delayed payments of invoices and will advise of any developments."

9. Attached as Exhibit B is a true and correct copy of a letter sent from USAID/Mexico to USAID/Mexico Implementing Partners on February 18, 2025. The letter states: "Despite the blanket pause being lifted, I regret to inform you that our payment systems are still not fully functional. We have not yet processed past pending payments and have no assurances regarding future invoices and the duration before payment. I will let you know as soon as I have more information in this regard."

10. Attached as Exhibit C is a true and correct copy of a letter sent from USAID/Vietnam to USAID/Vietnam Implementing Partners on February 20, 2025. The letter states: "We must caution all partners that USAID/Vietnam does not currently have the capability to process approved vouchers in a timely manner. Although we hope that new voucher procedures will be established that allow us to process legitimate vouchers quickly, we wanted to make you aware of these technical difficulties as you plan how to move forward with your awards. USAID/Vietnam will continue to do everything within our power to ensure that the U.S. government meets all its contractual obligations in a timely and professional manner. This notice is not an acknowledgement of anticipatory breach, we hope to be able to repair our payment systems and processes before a breach occurs."

Executed on February 20, 2025 in Washington, D.C.

Elisha Dunn-Georgiou
President and CEO
Global Health Council

Exhibit A



February 18, 2025

To:         USAID/DRC Implementing Partners

**Subject:    Cancellation of Stop Work Order/Suspension for USAID/DRC Awards**

Reference:
1) Temporary Restraining Order (TRO) of the U.S. District Court for the District of Columbia, in cases titled AIDS Vaccine Coalition v. U.S. Department of State and Global Health Council v. Trump, dated February 13, 2025.
2) Stop Work Order/Suspension of USAID/DRC Awards dated January 27, 2025.
3) Notice on Implementation of [Executive Order: Reevaluating and Realigning United States Foreign Aid](#).
4) Notice on Implementation of [Executive Order: Ending Radical and Wasteful Government DEI Programs and Preferencing](#).

Dear Implementing Partner:

Pursuant to the Temporary Restraining Order (TRO), the Contracting/Agreement Officer <u>cancels</u> the stop work/suspension of your award and for any sub-contractor(s)/subawardees(s).

Work in accordance with section C of a contract or Program Description of an assistance award may resume <u>except</u> for any and all work related to Diversity, Equity, Inclusion, and Accessibility (DEIA) activities, as previously certified. USAID plans to modify awards to remove DEIA-related language when Agency systems allow.

Implementing Partners may resume coordination with the USAID award management team (ie. AOR/CORs) in performing the activities of their award.

Please also note that the Agency is continuing to work on issues related to the delayed payments of invoices and will advise of any developments. IPs are reminded that they must not incur costs which will cause them to exceed the obligated amounts in their award.

Further, please respond with confirmation of receipt of this letter to drcoaa@usaid.gov with a copy to your A&A Specialist, COR/AOR, and the Contracting/Agreement Officer.

Sincerely,

Digitally signed by Gregory S. Wang
Date: 2025.02.18 19:21:06 -05'00'

Gregory Wang
Contracting/Agreement Officer

Exhibit B



## OAA/Mexico Notice 2025-006: Suspending Blanket Pause on Foreign Assistance

*(versión español de cortesía abajo)*

Date:             February 18, 2025

Subject:          OAA/Mexico Notice 2025-006:
                  Suspending Blanket Pause on Foreign Assistance

Audience:         All Implementing Partners

Dear Implementing Partners,

In accordance with the cases titled *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump*, the U.S. District Court for the District of Columbia entered a temporary restraining order against the Department of State, USAID, and OMB that prevents "enforcing or giving effect to Sections 1, 5, 7, 8, and 9 of Dep't of State, Memorandum, 25 STATE 6828 (January 24, 2025) and any other directives that implement Sections 3(a) and 3(c) of Executive Order Number 14169, 'Reevaluating and Realigning United States Foreign Aid' (January 20, 2025)," including by "suspending, pausing, or otherwise preventing the obligation or disbursement of appropriated foreign-assistance funds in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025," or "issuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was that was in existence as of January 19, 2025."

**According to this court order and a message issued by the USAID Senior Procurement Executive, this notice serves to lift any pause, suspension, or stop-work order you received on January 24, 2025**. The suspension of the pause on foreign assistance is subject to pending litigation. I have also attached a February 15, 2025 notification to Implementing Partners from the USAID Industry Liaison.

Work in accordance with Section C of a contract or Program Description of an assistance award may resume except for any and all work related to Diversity, Equity, Inclusion, and Accessibility (DEIA) activities, as previously certified. USAID plans to modify awards to remove DEIA-related language when Agency systems allow.

Despite the blanket pause being lifted, I regret to inform you that our payment systems are still not fully functional. We have not yet processed past pending payments and have no assurances regarding future invoices and the duration before payment. I will let you know as soon as I have more information in this regard.

Thank you for your continuing partnership and patience. If you have any questions, contact me at: [mexico.oaa@usaid.gov](mailto:mexico.oaa@usaid.gov).

Sincerely,

*Andrea Capellan*
Digitally signed by Andrea Capellan
Date: 2025.02.18 12:33:38 -06'00'

Andrea Capellan
Supervisory Contracting and Agreement Officer
Office Director, Office of Acquisition and Assistance, USAID/Mexico

**Aviso de OAA/México: 2025-005: Suspensión de la pausa general para la asistencia exterior**

Fecha: 18 de febrero de 2025

Asunto: Aviso de OAA/México: 2025-006: Suspensión de la pausa general para la asistencia exterior

Audiencia: Todos los socios implementadores

Estimados socios implementadores:

De acuerdo con los casos titulados *AIDS Vaccine Coalition v. U.S. Department of State y Global Health Council v. Trump*, el Tribunal de Distrito de EE. UU. para el Distrito de Columbia emitió una orden de restricción temporal contra el Departamento de Estado, USAID y OMB que impide "hacer cumplir o dar efecto a las Secciones 1, 5, 7, 8 y 9 del Memorando del Departamento de Estado, 25 STATE 6828 (enero 24, 2025) y cualquier otra directiva que implemente las Secciones 3(a) y 3(c) de la Orden Ejecutiva Número 14169, "*Reevaluating and Realigning United States Foreign Aid*" (20 de enero de 2025)", incluyendo "suspender, pausar o impedir de otro modo la obligación o el desembolso de fondos para la asistencia exterior asignados en relación con cualquier contrato, subvención, acuerdo de cooperación, préstamo u otra concesión de asistencia exterior federal que existiera al 19 de enero de 2025" o "emitir, implementar, hacer cumplir o dar efecto a terminaciones, suspensiones u órdenes de suspensión de trabajo en relación con cualquier contrato, subvención, acuerdo de cooperación, préstamo u otra concesión de asistencia federal exterior que existiera al 19 de enero de 2025."

**De acuerdo con esta orden judicial y un mensaje emitido por el Alto Directivo de Adquisiciones de USAID, este aviso sirve para levantar cualquier orden de pausa, suspensión o suspensión de trabajo recibida el 24 de enero de 2025.** La suspensión de la pausa para la asistencia exterior está sujeta a un litigio. Además, adjunto esta una notificación del 15 de febrero de 2025 a los socios implementadores por parte de USAID Industry Liaison.

El trabajo de acuerdo con la Sección C de un contrato o la Descripción del Programa de un acuerdo de asistencia puede reanudarse, excepto para cualquier trabajo relacionado con actividades de Diversidad, Equidad, Inclusión y Accesibilidad (DEIA por sus siglas en inglés), como se certificó anteriormente. USAID planea modificar las

adjudicaciones para eliminar el lenguaje relacionado con DEIA cuando los sistemas de la Agencia lo permitan.

A pesar de que la suspensión general ha sido levantada, lamento informarle que nuestros sistemas de pago aún no están completamente operativos. Todavía no hemos procesado los pagos pendientes anteriores y no tenemos garantías con respecto a futuras facturas ni el tiempo que tomará el pago. Le informaré tan pronto como tenga más información al respecto.

Agradecemos su continua colaboración y paciencia. Si tiene alguna pregunta, contácteme en: mexico.oaa@usaid.gov .

Sinceramente,

Andrea Capellán

Oficial Supervisor de Contratos y Convenios, Directora de la Oficina de Contratos y Convenios de USAID/México

*Esta es solo una traducción de cortesía. En caso de cualquier discrepancia entre la versión en inglés y la traducción al español, la versión en inglés tiene prioridad.

*This is only a courtesy translation. In the case of any discrepancy between the English version and the Spanish translation, the English version takes precedence.

Exhibit C



February 20, 2025

Dear Valued USAID Vietnam Partners,

Executive order titled "Ensuring Accountability to All Agencies" states in Section 7 that: "no employee of the executive branch acting in their official capacity may advance an interpretation of the law as the position of the United States that contravenes the President or the Attorney General's opinion on a matter of law, including but not limited to the issuance of regulations, guidance, and positions advanced in litigation, unless authorized to do so by the President or in writing by the Attorney General."  I have not been authorized to interpret positions advanced in litigation and cannot provide further guidance relating to the contents of the TRO.

However, Vietnam/OAA has received the following direction from Washington in an email titled "Notice to USAID A&A Staff to Suspend Blanket Pause on Foreign Assistance" from the Senior Procurement Executive stating that: "until further notice, all Contracting and Agreement Officers should not enforce any Agency directive issued under Executive Order 14169 and the Secretary's implementing memorandum that requires the generalized stop work, suspension, or pause of Agency contracts, grants, or other federal assistance awards."

We must caution all partners that USAID/Vietnam does not currently have the capability to process approved vouchers in a timely manner.  Although we hope that new voucher procedures will be established that allow us to process legitimate vouchers quickly, we wanted to make you aware of these technical difficulties as you plan how to move forward with your awards.  USAID/Vietnam will continue to do everything within our power to ensure that the U.S. government meets all its contractual obligations in a timely and professional manner. This notice is not an acknowledgement of anticipatory breach, we hope to be able to repair our payment systems and processes before a breach occurs.

Finally, I want to acknowledge receipt of your many legitimate questions and concerns.  I realize that this letter does not answer the majority of those questions.  Further communications will be forthcoming if and when I am authorized to do so.


Sincerely,

Patrick Kollars
*Digitally signed by Patrick Kollars*
*Date: 2025.02.20 13:40:47 +07'00'*

Patrick Kollars
Supervisory Contracting/Agreement Officer
USAID Vietnam