## DECLARATION OF MARIAN W. WENTWORTH

I, Marian W. Wentworth, declare as follows:

1. I am the President and Chief Executive Officer of Management Sciences for Health, Inc. ("MSH"). The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at MSH.

2. MSH is global nonprofit organization that is headquartered at 4201 Wilson Boulevard, Suite 500, Arlington, VA 22203. Founded in 1971, MSH has improved health systems and health outcomes in more than 150 countries worldwide by providing governments, health organizations and the private sector with the strategies, tools and management support to effectively and efficiently deliver high-functioning health systems. Working on behalf of the American people with the U.S. Agency for International Development ("USAID"), the Centers for Disease Control ("CDC") and other government and international agencies, we partner with countries to develop solutions for local health systems challenges to sustain the delivery of people-centered primary health care.

3. MSH has not received any funds from USAID since January 24, 2025, with one exception. MSH has received a small payment through the PMS system, which is used for cooperative agreements, to support the narrow approval (both in scope and duration) to resume specified activities under a PEPFAR "waiver." To be clear, this funding is supposed to cover activities from February 14, 2025, to March 15, 2025. It does not include funding to pay for expenses that were necessarily

1

incurred to implement the Stop Work Order, nor for expenses that were incurred prior to January 24, 2025. And the sum represents less than 5% of the total book of business MSH has with the United States government on a monthly basis.

4. Since this lawsuit was filed, MSH and its employees have suffered and are continuing to suffer irreparable harm.

5. MSH is facing insolvency if the United States government does not immediately pay its debts to MSH.

6. In my Declaration dated February 10, 2025, I explained that the first round of cuts to U.S.-payroll staff, which included furloughs and forced reduction of hours, left only 27 full time employees remaining. This was a reduction from our January 24, 2025, workforce of 254 full time employees on U.S. payroll.

7. On March 7, 2025–unless USAID pays MSH the funds they owe us– MSH will be forced to make another round of furloughs and forced reduction of hours for our U.S.-payroll staff. MSH expects that, after these cuts, as few as ten individuals will remain as full-time staff. Again, this will be down from a January 24, 2025 total of 254 U.S. payroll staff.

8. Overseas, MSH already initiated the process of massive employee terminations, which we expect with result in the separation of approximately 90% of our non-U.S. payroll staff. Several millions of dollars in severance and other termination payments are due to these employees under the national employment laws of the countries where we are working on behalf of USAID. All such funds are reimbursable under the operative contract or cooperative agreement between MSH

and USAID. But, unless the United States government immediately makes those funds available to MSH, MSH faces an impossible choice: either violate these employment laws, risking further fines, interest and other sanctions, including being barred from being able to conduct future business in those countries even with non-United States government funding, and further jeopardizing the lives of our overseas staff and their families; or pay these obligations out of its dwindling funds and dramatically hasten the date of its own insolvency.

9. Finally, literally hundreds of vendors, sub-contractors, and sub-awardees, both in the United States and throughout the world, are going unpaid. Absent immediate payment by the United States government for funds it owes MSH to allow us to satisfy those obligations, MSH anticipates that it will face an untold number of lawsuits around the world.

Executed on February 20, 2025, in Arlington, Virginia.

_____
Marian W. Wentworth
President and CEO,
MSH

3