## DECLARATION OF JAMES BUTCHER

I, James Butcher, declare as follows:

1.      I am the President and CEO of Chemonics International.  I submit this declaration in support of Plaintiffs' Motion to Enforce the Temporary Restraining Order (TRO).  The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Chemonics.

2.      Plaintiff Chemonics is a U.S. employee-owned company headquartered at 1275 New Jersey Avenue SE, Washington, DC 20003.  Chemonics works to safeguard American security, promote economic prosperity, and address global challenges before they reach American shores.  Working on behalf of the U.S. Department of State and the U.S. Agency for International Development (USAID) and with other partners, Chemonics has delivered results across the spectrum of country contexts, from stable societies and high-growth economies to challenging environments embroiled in political or military conflict.

3.      As of today, Chemonics has roughly $110.3 million in outstanding invoices issued to USAID for work performed in 2024, most of which were submitted prior to the stop-work orders.  About $25.2 million of the $110.3 million in outstanding invoices is past due, with no visibility into when they may be paid.

4.      Since the Court issued the TRO on February 13, Chemonics has received no payments from either the State Department or USAID, including for its programs that have received waivers.

1

5.    As recently as today (February 20, 2025), Chemonics has received communications from USAID stating that the government continues to experience "technical difficulties" processing payments, suggesting that the government is in fact physically unable to comply with the Court's TRO.

6.    Chemonics has received several communications from various USAID personnel in the last few days acknowledging the TRO but stating that USAID personnel have yet to receive guidance from Washington regarding how the TRO is to be implemented.  As just a few examples:

    a.  On February 19, Chemonics received a response from USAID to a number of questions it had sent the agency regarding Chemonics's FEWS NET (Famine Early Warning Systems Network) contracts, which are supposed to be subject to one of the waivers. The response is attached herewith as **Exhibit 1**. USAID's response to every one of Chemonics's questions save one was that the agency had no "information to provide at this time."

    b.  Another February 19 email from USAID, sent to Chemonics in response to its request for guidance regarding the TRO's impact on a certain termination notice Chemonics had received from USAID, contained no such guidance. The email is attached herewith as **Exhibit 2**. It read in relevant part, "In accordance with USAID Industry Liaison's 'Special Notice to All Foreign Assistance Recipients' dated February 15, 2025, USAID will provide further

2

guidance on the TRO. I will share the guidance once it is provided."

c. In a February 18 email from William Sedlak, Contracting Officer at USAID, responding to Chemonics's notification of an overdue invoice, Mr. Sedlak wrote, "I confirm receipt of your email. We are awaiting additional guidance from USAID HQ on payment processes in light of the recent Temporary Restraining Order. We hope to have additional guidance for outstanding invoices soon." The email is attached herewith as **Exhibit 3**.

d. A February 18 email to Chemonics from Muhammad Ali Bilal, Administrative Contracting/Agreement Officer at USAID Pakistan, in response to another Chemonics notification of an overdue invoice, contained an almost identical message: "We are waiting for guidance from Washington in order to proceed. We will get back to you as soon as we receive any guidance." The email is attached herewith as **Exhibit 4**.

e. A February 18 email from USAID Nepal Contracting Officer Maria Televantos that was forwarded to Chemonics from the Chief of Party at USAID Early Grade Learning in Nepal, attached herewith as **Exhibit 5**, similarly makes clear that the government had yet to share "guidance . . . on the specifics related to implementation of the TRO."

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed on February 20, 2025, in Falls Church, Virginia.



James Butcher
President and CEO,
Chemonics International,
Inc.

Exhibit 1

| | |
|---|---|
| **From:** | Nyia Harris |
| **To:** | Elizabeth Martin |
| **Cc:** | Jenny Coneff; Erik Landemalm; FEWS NET PMU IDIQ; kiejohnson@usaid.gov; kcoffey@usaid.gov; Eugene Katzin; Kevin Ulmer; girby@usaid.gov; Christie Savage; Carlos Flores; Vanessa Roy; Peter Thomas |
| **Subject:** | Re: FEWS NET action items |
| **Date:** | Wednesday, February 19, 2025 9:59:37 AM |
| **Attachments:** | image001.png |

Good Morning,

Please see below for responses regarding questions to the CO.

**Questions for the COs:**
Currently, we only have three questions for the COs. As these are answered, and we begin to get a clearer sense of the path forward, we will likely have further questions.

1.

When will outstanding invoices for work completed prior to the SWO be paid? What actions can suppliers take to expedite the payment of those invoices so that lifesaving work may restart? We do not have any information to provide at this time. We will continue to look into the matter.

2.

When will USAID confirm that the costs incurred during the SWO period will be deemed allowable and allocable and provide any further guidance available? While we have fully complied with the SWO by undertaking cost mitigation measures, there have been costs that we have continued to incur to remain in a readiness state to re-commence operations. We do not have any information to provide at this time. We will continue to look into the matter.

3.

Under what auspices is Chemonics being asked to resume activities on its FEWS NET contracts (DS, KB and Pillar 3): 1) CO interpretation of the partial stop work order provisions, At this particular time, the waiver allows for food related activities to be addressed.  If further clarification is needed for any activity, a meeting should be set up with the COR to clarify technical responsibilities of the contract.  2) approval for the application of the waiver for emergency food assistance and administrative expenses, to FEWS NET See above response for number 1; 3) an exception to the pause approved by the Director of Foreign Assistance We do not have any further information at this time, 4) the completion of the assessment of FEWS NET programmatic efficiencies and consistency with United States foreign policy and a determination to continue the contracts in whole or in part At this time, the partial stop work order is in place for this contract.  No other information at this time, or 4) another mechanism for lifting the partial SWO or approving technical activities and allowable and allocable and to be reimbursed in line with prompt payment requirements? No other information at this time.

Currently we are working with the COR to ensure that there is 100% communication between OAA, COR and the contractor.  Any new and/or revised information will be provided as soon as possible.

If you have any other questions, please let me know.

*"How wonderful it is that nobody need wait a single moment before starting to improve the world" - Anne Frank, The Diary of a Young Girl*

**Nyia Harris, MBA | Contracting Officer**
**Office of Acquisition and Assistance**
**M/OAA/BHA-CPS/BHA**
500 D Street SW |Washington, D.C. 20024
O. XXX-XXX-XXXX C. 202-765-5073
nharris@usaid.gov

**In accordance with the policies and procedures set forth in E.O. 13526 this e-mail is UNCLASSIFIED**

On Tue, Feb 18, 2025 at 2:41 PM Elizabeth Martin <elmartin@chemonics.com> wrote:

> Dear Jenny,
>
> Thank you and the team for speaking with us last Thursday. We were pleased to be able to resume conversations with you about our FEWS NET contracts (Decision Support, Knowledge Base, and Pillar 3).
>
> During our conversations, we promised to provide you with the following:
>
> - A list of outstanding invoices (emailed on Friday, Feb 14 and attached for ease of reference)
> - An understanding of the obstacles to resuming the programs (below)
> - A list of questions for the COs (below)
> - Proposals for the restarting of each program (attached)
>
> We look forward to continuing our dialogue with you. You mentioned that you may have time for another round of discussions this Wednesday or Thursday. Our team stands ready to discuss with you whenever it is convenient.

**Obstacles**:

The primary obstacle to Chemonics restarting FEWS NET programs is the sizable outstanding balance of unpaid invoices, which currently stands at **$5,722,803.13**. this covers the period through 31 December 2024. Chemonics continued to incur costs through the effective date of the SWO (Jan. 27, 2025), as well as the costs essential to implementing the stop work order and maintaining operational readiness in the period since the SWO. *Until invoices begin to be paid, our ability to operate, even under the waiver, remains severely compromised.*

Our secondary obstacle is that the SWO order delayed FEWS NET's start up. At the time of receiving the stop work order, approximately 35% of its project office roles were still in the recruitment process and data collection and project activities had just begun. As a result of the SWO, all employment offers were rescinded, recruits were suspended, 88% of US based billable staff were placed on furlough, and all technical activities were stopped. While we would be delighted to reverse these actions, bringing the US FEWS team back from furlough and resuming hiring, it means that it will take some time to re-start technical activities.

Our final, and perhaps most time sensitive obstacle, is the status of our project office staff. As most countries do not have the equivalent to furlough and obligations under local labor law in many countries result in it being more costly to terminate staff and rehire them than to continue employing them through the SWO period, we have continued to employ most local staff. In the next week we will be making the decision whether to terminate these staff. If we do terminate them, this will further slow our ability to restart the program.

**Questions for the COs:**

Currently, we only have three questions for the COs. As these are answered, and we begin to get a clearer sense of the path forward, we will likely have further questions.

1. When will outstanding invoices for work completed prior to the SWO be paid? What actions can suppliers take to expedite the payment of those invoices so that lifesaving work may restart?
2. When will USAID confirm that the costs incurred during the SWO period will be deemed allowable and allocable and provide any further guidance available? While we have fully complied with the SWO by undertaking cost mitigation measures, there have been costs that we have continued to incur to remain in a readiness state to re-commence operations.
3. Under what auspices is Chemonics being asked to resume activities on its FEWS NET contracts (DS, KB and Pillar 3): 1) CO interpretation of the partial stop work order provisions, 2) approval for the application of the waiver for emergency food assistance and administrative expenses, to FEWS NET; 3) an exception to the pause approved by the Director of Foreign Assistance, 4) the completion of the assessment of FEWS NET programmatic efficiencies and consistency with United States foreign

policy and a determination to continue the contracts in whole or in part, or 4) another mechanism for lifting the partial SWO or approving technical activities and allowable and allocable and to be reimbursed in line with prompt payment requirements?

Best,

Liz

**Elizabeth (Liz) Martin**
Managing Director | East and Southern Africa

Chemonics International Inc

T: +1.202.299.4645
E: elmartin@chemonics.com

**Development works here.**

Web | Twitter | Facebook | LinkedIn | Instagram

Sensitive But Unclassified (SBU)

Exhibit 2

| | |
|---|---|
| **From:** | Ethan Takahashi |
| **To:** | Jennifer Burdett |
| **Cc:** | Nicole Kresse; Doina Nistor; Moldova FTA PMU |
| **Subject:** | Re: Full Termination for Convenience for Award No. 72011721C00001 |
| **Date:** | Wednesday, February 19, 2025 7:29:04 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Dear Ms. Burdett,

I confirm receipt. In accordance with USAID Industry Liaison's "Special Notice to All Foreign Assistance Recipients" dated February 15, 2025, USAID will provide further guidance on the TRO. I will share the guidance once it is provided.

Regards,
Ethan

On Fri, Feb 14, 2025 at 11:32 PM Jennifer Burdett <JBurdett@chemonics.com> wrote:
Dear Mr. Takahashi,

As a follow-up to our message yesterday, we understand the United States District Court for the District of Columbia has enjoined the termination through a temporary restraining order (TRO). Can you provide any additional guidance in light of the TRO?

Best regards,
Jennifer

**From:** Jennifer Burdett <JBurdett@chemonics.com>
**Sent:** Thursday, February 13, 2025 3:59 PM
**To:** Etakahashi@usaid.gov
**Cc:** Nicole Kresse <nkresse@chemonics.com>; Doina Nistor <dnistor@chemonics.md>; Moldova FTA PMU <PMU-MDA-FTA@chemonics.com>
**Subject:** RE: Full Termination for Convenience for Award No. 72011721C00001

Dear Mr. Takahashi,

We confirm that we have received the message you sent yesterday at 09:38 EST and are currently reviewing its contents.

Thank you,

Jennifer

Jennifer J. Burdett

Managing Director

Europe and Eurasia Region
Chemonics International Inc.
1275 New Jersey Avenue, SE

Washington, D.C. 20003

☐202 955-7514 | ☐ jburdett@chemonics.com

*Pronouns: she, her, hers*

```
1476647899989_New

     ❓
```

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

---

**From:** Ethan Takahashi <etakahashi@usaid.gov>
**Sent:** Wednesday, February 12, 2025 9:38 AM
**To:** Nicole Kresse <nkresse@chemonics.com>; Doina Nistor <dnistor@chemonics.md>; Moldova FTA PMU <PMU-MDA-FTA@chemonics.com>
**Subject:** Full Termination for Convenience for Award No. 72011721C00001

Dear Ms. Kresse,

Please find attached a Notice of Full Termination for Convenience for Award No. 72011721C00001. If you have questions or concerns, please contact me. I am monitoring USAID guidance and will provide additional information as it is available.

Respectfully,


Ethan Takahashi
Supervisory Contracting Officer
USAID/Moldova
+373 060529726



--
Ethan Takahashi
Supervisory Contracting Officer
USAID/Moldova
+373 060529726

Sensitive But Unclassified (SBU)

Exhibit 3

| | |
|---|---|
| **From:** | William Sedlak |
| **To:** | Katie Taylor |
| **Cc:** | Amalia Eraso; Hernando Sanchez; Colombia Inclusive Justice PMU; Invoicing (CSS); Vlad Mitchev; Can Varol; mpenuela@usaid.gov; bogotausaidofmpayments@usaid.gov; Service Account - Chemonics Invoices; InvoiceSubmission; Reduced Hours Staff LAC |
| **Subject:** | Re: Overdue: Colombia Inclusive Justice Activity, 72051422D00001, Invoice 034 - November 2024, Chemonics International, Inc. PJIN0008481 |
| **Date:** | Tuesday, February 18, 2025 3:31:02 PM |

Greetings Katie,

I confirm receipt of your email. We are awaiting additional guidance from USAID HQ on payment processes in light of the recent Temporary Restraining Order. We hope to have additional guidance for outstanding invoices soon.

Regards,
Bill

On Tue, Feb 18, 2025 at 2:41 PM Katie Taylor <ktaylor@chemonics.com> wrote:

Dear Ms. Eraso, Mr. Sanchez, and Mr. Sedlak,

Please find attached Chemonics' overdue invoice under Contract No. 72051422D00001. This invoice was originally submitted on January 17, 2025 pursuant to the requirements of the contract and FAR 52.232-25. However, more than 30 days have passed and the invoice has not been paid. Accordingly, pursuant to Prompt Payment Act, FAR 52.232-25, and the terms of our Contract (and as reinforced by the temporary restraining order issued by the U.S. District Court for the District of Columbia on February 13, 2025), we respectfully request immediate payment of the attached invoice, plus applicable interest and penalties. We appreciate your prompt attention to this matter and thank you for your cooperation.

Best regards,
Katie

**Katie Taylor**

Director

Latin America and the Caribbean
Chemonics International
1275 New Jersey Avenue SE, Washington, DC 20003

T 202.955.4084 | M 630.728.2042
ktaylor@chemonics.com

*Pronouns: she, her, hers*

Sensitive But Unclassified (SBU)

Exhibit 4

| | |
|---|---|
| **From:** | Muhammad Bilal |
| **To:** | Paul Heller |
| **Cc:** | myasser@usaid.gov; fjawad@usaid.gov; Shakoor, Afsheen (USAID/Pak/CSG); AsiaSWO@chemonics.com; Farrukh Khan; Pakistan-Islamabad-OAA |
| **Subject:** | Re: Overdue invoices - Pakistan IPA (72039122C00001) |
| **Date:** | Tuesday, February 18, 2025 12:14:11 AM |
| **Attachments:** | image001.png |

The correct email address is pakistanoaa@usaid.gov . Please disregard the previous one.

Thanks
Ali
Muhammad Ali Bilal
Administrative Contracting/Agreement Officer
Office of Acquisition and Assistance, USAID/Pakistan
Tel: (92-51) 201-4323; Cell: 0300-501-2795
Email: mbilal@usaid.gov , Webpage: http://www.usaid.gov


On Tue, Feb 18, 2025 at 9:06 AM Muhammad Bilal <mbilal@usaid.gov> wrote:
Dear Mr. Heller,

Thanks for your email. I acknowledge receipt. We are waiting for guidance from Washington in order to proceed. We will get back to you as soon as we receive any guidance.

In order to ensure that nothing falls through the cracks during these uncertain times, kindly keep pakistanoaa@usaid.gov in copy.

Best regards
Ali
Muhammad Ali Bilal
Administrative Contracting/Agreement Officer
Office of Acquisition and Assistance, USAID/Pakistan
Tel: (92-51) 201-4323; Cell: 0300-501-2795
Email: mbilal@usaid.gov , Webpage: http://www.usaid.gov


On Sun, Feb 16, 2025 at 8:23 PM Paul Heller <pheller@chemonics.com> wrote:

Dear Mr. Bilal,


Please find attached Chemonics' overdue invoices under Contract No. 72039122C00001. These invoices were originally submitted on November 30, 2024 and December 31, 2024 pursuant to the requirements of the contract and FAR 52.232-25. However, more than 30 days have passed and the invoices have not been paid. Accordingly, pursuant to Prompt Payment Act, FAR 52.232-25, and the terms of our Contract (and as reinforced by the temporary restraining order issued by the U.S. District Court for the District of Columbia on February 13, 2025), we respectfully request immediate payment of the attached

invoice, plus applicable interest and penalties.  We appreciate your prompt attention to this matter and thank you for your cooperation.


Thank you,

Paul Heller




**Paul Heller**
Director | Asia Region

Chemonics International Inc.
Tel +1.202.524.7618

Mobile +1.202.706.4774

Skype paul.heller9

pheller@chemonics.com

www.chemonics.com


chemonics_logo_2016

Exhibit 5

| | |
|---|---|
| **From:** | Patrick Fayaud |
| **To:** | Ananda Paudel; Tara N Poudel; Sanjay Gupta; Bina Ranjit; Yord Thaviphoke; Nepal EGL PMU; Efrain Laureano |
| **Subject:** | FW: Update from USAID/Nepal |
| **Date:** | Tuesday, February 18, 2025 5:14:59 AM |

Dear all,

We have received this message from our CO today.

Best regards,

Patrick

**Patrick Fayaud**
Chief of Party
USAID Early Grade Learning
Sama Marg, Kamalpokhari, Kathmandu, Nepal
Phone: +977-14547701/02  Cell: +977 9704528313

---

**From:** Maria Televantos <mtelevantos@usaid.gov>
**Sent:** Tuesday, February 18, 2025 3:34 PM
**Cc:** Lesley DeRosa <lderosa@usaid.gov>; Robyn Bertholon <rbertholon@usaid.gov>
**Subject:** Update from USAID/Nepal

Dear Implementing Partners,

Many of you have written to OAA regarding the Court Order and how it applies to your awards. I hope you all received the below message from USAID's Industry Liaison, which notifies partners about the temporary restraining order (TRO). At this time, we are still waiting on guidance from Washington on the specifics related to implementation of the TRO. We understand that receiving clarification is important, and we hope to receive more information from Washington overnight.

Thank you,
Maria

---------- Forwarded message ---------
From: **USAID Industry Liaison** <USAID-Industry-Liaison@subscribe.usaid.gov>
Date: Sun, Feb 16, 2025 at 3:12 AM
Subject: Special Notice to All Foreign Assistance Recipients
To: <mtelevantos@usaid.gov>



On February 13, 2025, the Court hearing the case of *AIDS Vaccine Coalition v. U.S. Department of State* and *Global Health Council v. Trump* entered a temporary restraining order against the Department of State, USAID, and OMB, that contains the following operative language:

"Consistent with the reasoning above, it is hereby ORDERED that Defendants Marco Rubio, Peter Marocco, Russell Vought, the U.S. Department of State, the U.S. Agency for International Development, and the Office of Management and Budget (the "Restrained Defendants") and their agents are temporarily enjoined from enforcing or giving effect to Sections 1, 5, 7, 8, and 9 of Dep't of State, Memorandum, 25 STATE 6828 (Jan. 24, 2025) and any other directives that implement Sections 3(a) and 3(c) of Executive Order Number 14169, "Reevaluating and Realigning United States Foreign Aid" (Jan. 20, 2025), including by:

- suspending, pausing, or otherwise preventing the obligation or disbursement of appropriated foreign-assistance funds in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025; or
- issuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025.

"It is further hereby ORDERED that nothing in this order shall prohibit the Restrained Defendants from enforcing the terms of contracts or grants.

"It is further hereby ORDERED that the Restrained Defendants shall take all steps necessary to effectuate this order and shall provide written notice of this order to all recipients of existing contracts, grants, and cooperative agreements for foreign assistance.

"It is further hereby ORDERED that the Restrained Defendants shall file a status report by February 18, 2025, apprising the Court of the status of their compliance with this order, including by providing a copy of the written notice described above."

We will provide further guidance on this TRO as soon as we are able to do so.

**Subscribe**



Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by United States Agency for International Development.

This email was sent to mtelevantos@usaid.gov using govDelivery Communications Cloud on behalf of: United States Agency for International Development · 1300 Pennsylvania Avenue NW · Washington, DC · 20004

--

**Maria Televantos**
Director, Office of Acquisition and Assistance
U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT
U.S. Embassy, Maharajgunj
Kathmandu, Nepal
Connect: Facebook
Learn: How to work with USAID