## DECLARATION OF ZAN NORTHRIP

I, Zan Northrip, declare as follows:

1.  I am the Executive Vice President for Development Consulting at DAI Global, LLC (DAI). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at DAI.

2.  DAI is an employee-owned global development company headquartered at 7600 Wisconsin Avenue in Bethesda, Maryland. DAI was founded in 1970 and has been a trusted partner of the U.S. government, especially USAID, for more than 50 years, delivering successful projects in more than 150 countries.

3.  USAID has not yet made payments on $115 million in invoices for services that DAI rendered in the months of November, December, and January. Of this amount, over $70 million is more than 30 days past due. Additionally, DAI has repeatedly been attempting to draw down approximately $20 million in necessary operating and/or close-down expenses on its USAID-funded cooperative agreements. None of these requests have been fulfilled, except for one small Indonesia-based project funded by the U.S. Department of Labor.

4.  In sum, DAI has not received any payments from USAID or the State Department since before January 24, 2025.

5.  On February 16, 2025, DAI received an email from a Supervisory Contracting Officer at USAID stating that they were "awaiting internal guidance on the temporary restraining order which I anticipate will arrive by Tuesday." See Email from Nya Kwai Boayue to Nathalie Augustin (Feb. 16, 2025) (attached as Exhibit A). The Supervisory CO then noticed that, "[w]ith regard to payment, the mission has flagged payment issues for Washington and are working to resolve these issues." *Id.*

1

6. On February 18, 2025 (5 days after the TRO was issued), DAI received an email from a Regional Contracting and Agreement Officer at USAID. She wrote, "USAID is aware of delays in the payment systems' ability to process payments. Please consider the financial implications or risks of restarting work at this time as well as a realistic timeline in doing so." See Email from Amy Larsen to Linda Jarrett (Feb. 18, 2025) (attached as Exhibit B). She also wrote that "We are currently in the process of understanding how this [TRO] will impact our awards and are hopeful to share additional guidance soon." *Id.*

7. On February 18, 2025, one of my team members shared with me a screen shot of messages that this team member had exchanged with an experienced USAID official through a secure channel.

8. The exchange concerned recent, post-TRO revisions to USAID's process for paying its implementing partners (IPs). The following are direct quotes from the Official's exchange with my team member. Where necessary, bracketed text is used to protect the Official's identity:

| | |
|---|---|
| USAID Official: | Process appears to be regional hubs in Jordan, Ghana, S. Africa, San Salvador, and Bangkok |
| USAID Official: | Missions send out voucher with each individual payment voucher request |
| USAID Official: | Ken Jackson [a Political Appointee] has to approve each individually |
| USAID Official: | Mission saves individual approval with voucher in Mission files |
| USAID Official: | Regional hub certifies payment |
| USAID Official: | Ken Jackson doesn't have warrant authority so has no legal authority to determine allowability of costs under voucher |
| USAID Official: | [Anonymized USAID region] has [many hundreds of] vouchers alone. |
| USAID Official: | No way this is a good faith attempt to pay |
| USAID Official: | They're dragging feet on TRO to intentionally withhold payments from IPs |

2

9. Most of DAI's work with USAID is done through contracts, and as previously stated, DAI has not been paid for any invoices since the new Administration took office. Additionally, DAI manages some USAID-funded cooperative agreements. Since Secretary Marco Rubio's ALDAC of January 24, 2025, which claimed that a waiver to the Executive Order's pause on disbursements was already in place for payment for prior work and for the ongoing costs of projects under Stop Work Orders, DAI has been repeatedly requesting drawdowns under the Letter of Credit (LOC) facilities associated with each of its USAID-funded Cooperative Agreements. Those LOC facilities are managed through the Payment Management System (PMS) that is administered by the Department of Health and Human Services (HHS).

10. Prior to January 24, the way the PMS operated was that the cooperative agreement holder would enter a periodic draw-down request for the expected operating funds required by the project over the coming month. The system then assigned a payment expected date of the next business day and payment statuses of "Payment Processed," and "In Transit." The funds would be duly transferred on the expected payment date, with a reconciliation against actual expenditures occurring once per quarter.

11. Since January 24, none of DAI's requests for drawdowns against USAID cooperative agreements have been fulfilled. Instead, DAI's requests have repeatedly timed out, and then we have placed the requests again. This week, the system has changed, perhaps to present a semblance of compliance with the Court's TRO. Funding requests are again being statused as "Payment Processed" and "In Transit," but the expected payment date is no longer the following business day. Instead, they are being assigned an expected payment date of January 24, 2026, i.e., 11 months and 4 days from today.

12. In the following table, which shows data directly exported from PMS, none of the payments with an expected payment date of February 19 or 20, 2025 has actually been paid, and all of the requests in those columns are statused as "Pending Review." We expect those requests will time out, as they have been doing repeatedly since January 24, 2025.

| Row Labels | 2/19/25 | 2/20/25 | 1/24/26 | Grand Total | 2/19 Payment Expected date System Status | 2/20 Payment Expected date System Status | Jan 24, 2026 Payment Expected date System Status |
|---|---|---|---|---|---|---|---|
| 7200AA19CA00019-BANGLADESH-EG.3 | | | $ 175,000 | $ 175,000 | | | Request in Tansit |
| 7200AA19CA00019-ETHIOPIA-EG.3 | | | $ 388,255 | $ 388,255 | | | Request in Tansit |
| 7200AA19CA00019-GHANA-EG.3 | | $ 976,396 | $ 170,694 | $ 1,147,090 | | Pending Review | Request in Tansit |
| 7200AA19CA00019-KENYA-EG.3 | | | $ 84,103 | $ 84,103 | | | Request in Tansit |
| 7200AA19CA00019-REFS/FTF-P-EG.3 | | $ 3,000,000 | | $ 3,000,000 | | Pending Review | |
| 7200AA21CA00015-GEORGIA-PS.4 | | | $ 313,079 | $ 313,079 | | | Request in Tansit |
| 7200AA21CA00015-MACEDONIA-A08 | | | $ 200,000 | $ 200,000 | | | Request in Tansit |
| 7200AA21CA00015-MOLDOVA-EG.7 | | | $ 625,000 | $ 625,000 | | | Request in Tansit |
| 7200AA24CA00009-IPI/GEWE-DR.6 | | | $ 81,089 | $ 81,089 | | | Request in Tansit |
| 72011522CA00005-CNTRL_ASIA-PS.1 | | | $ 226,627 | $ 226,627 | | | Request in Tansit |
| 72011522CA00005-TAJIKISTAN-PS.1 | | | $ 18,260 | $ 18,260 | | | Request in Tansit |
| 72026322CA00002-EGYPT-EG.12 | $ 529,099 | | $ 217,820 | $ 746,919 | Pending Review | | Request in Tansit |
| 72026322CA00002-EGYPT-EG.5 | | | $ 2,419,922 | $ 2,419,922 | | | Request in Tansit |
| 72029421CA00001-W.BANKGAZA-EG.5 | | | $ 3,042,853 | $ 3,042,853 | | | Request in Tansit |
| 72038824CA00004-BANGLADESH-HL.4 | | | $ 596,769 | $ 596,769 | | | Request in Tansit |
| 72051420CA00001-COLOMBIA-DR.2 | | | $ 1,119,330 | $ 1,119,330 | | | Request in Tansit |
| 72051923CA00003-ELSALVADOR-EG.6 | | | $ 308,005 | $ 308,005 | | | Request in Tansit |
| 72051923CA00003-ELSALVADOR-ES.2 | | $ 1,082,511 | | $ 1,082,511 | | Pending Review | |
| 72061222CA00006-MALAWI-ES.1 | | | $ 131,796 | $ 131,796 | | | Request in Tansit |
| 72061222CA00006-MALAWI-HL.1 | | | $ 200,000 | $ 200,000 | | | Request in Tansit |
| 72061222CA00006-MALAWI-HL.6 | | | $ 400,000 | $ 400,000 | | | Request in Tansit |
| 72061222CA00006-MALAWI-HL.7 | | $ 177,550 | | $ 177,550 | | Pending Review | |
| 72061522CA00004-KENYA-HL.8 | | | $ 1,482,788 | $ 1,482,788 | | | Request in Tansit |
| 72064923CA00001-SOMALIA-DR.2 | | | $ 832,159 | $ 832,159 | | | Request in Tansit |
| 72064923CA00001-SOMALIA-DR.4 | | | $ 378,177 | $ 378,177 | | | Request in Tansit |
| 72067019CA00001-LIBYA-DR.2 | | | $ 1,533,423 | $ 1,533,423 | | | Request in Tansit |
| 72068520CA00008-SENEGAL-EG.3 | | | $ 649,499 | $ 649,499 | | | |
| 72068724CA00003-MADAGASCAR-EG.10 | | $ 356,821 | $ 13,549 | $ 370,370 | | Pending Review | Request in Tansit |
| 72068724CA00003-MADAGASCAR-EG.13 | | $ 175,193 | | $ 175,193 | | Pending Review | |
| **Grand Total** | $ 529,099 | $ 5,768,471 | $ 15,608,197 | $ 21,905,767 | | | |

13. All other draw-down requests are more recent, and they have been statused as "Payment Processed" and "In Transit," but have been assigned an expected payment date of **January 24, 2026**.

14. Based on my experience, USAID has had payment integrity protocols in place for years, which have resulted in positive IG reports and a performance level in terms of avoiding improper payments that is among the best across U.S. Government agencies.

4

15. USAID's attention to its own payments is extended to USAID's partners through an extremely high level of audits, all of which are external and performed either by DCAA or an independent third-party auditor of the government's choosing. One hundred percent of DAI's billed indirect costs are audited annually at our corporate level, and anywhere from 25 to 50 percent of DAI's direct costs on USAID projects are audited at the project level in a typical year.

16. In our available records of project specific audits and indirect cost audits, DAI has been audited on $5.9 billion in total costs in its U.S. Government business in recent years. Through these audits, only $446,000 was deemed to be unallowable – less than 0.008% of total audited costs – and we promptly repaid the Government for those errors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2025, in Bethesda, Maryland

Zan Northrip
Executive Vice President
DAI Global, LLC

5