IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL HEALTH COUNCIL *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>DONALD TRUMP *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:25-cv-402 |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to enforce, it is hereby

**ORDERED** that within 48 hours of the entry of this Order, the Restrained Defendants shall:

Pay all due and past due invoices and Letter of Credit drawdown requests on contracts;

Permit and promptly pay Letter of Credit drawdown requests and requests for reimbursements on grants and assistance agreements;

Take no actions to impede the prompt payment of appropriated foreign-assistance funds; and

Take all necessary actions to ensure the prompt payment of appropriated foreign-assistance funds going forward. It is further

**ORDERED** that the Restrained Defendants shall file a status report within 48 hours of the entry of this Order, apprising the Court of the status of their compliance with this Order.

**IT IS SO ORDERED.**

                                                      _____
                                                      THE HONORABLE AMIR H. ALI
                                                      UNITED STATES DISTRICT JUDGE