IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL HEALTH COUNCIL, *et al.*,

    *Plaintiffs*,

  v.

DONALD TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 1:25-cv-402

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' renewed motion to enforce, it is hereby

**ORDERED** that within 48 hours of the entry of this Order, the Restrained Defendants shall:

Pay all invoices and Letter of Credit drawdown requests on contracts for work completed prior to the entry of the Court's TRO;

Permit and promptly pay Letter of Credit drawdown requests and requests for reimbursements on grants and assistance agreements;

Take no actions to impede the prompt payment of appropriated foreign-assistance funds; and

Take all necessary actions to ensure the prompt payment of appropriated foreign-assistance funds going forward. It is further

**ORDERED** that the Restrained Defendants shall include in the joint status report due Wednesday, February 26, 2025, information apprising the Court of the status of their compliance with this Order.

1

2

**IT IS SO ORDERED.**

_____
THE HONORABLE AMIR H. ALI
UNITED STATES DISTRICT JUDGE

2