IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

**DEFENDANTS' CLARIFICATION OF JOINT STATUS REPORT**

Defendants stated in the status report that "As of this morning, [the individualized review] process has been completed for USAID and State Department" and that "Secretary Rubio has now made a final decision with respect to each award, on an individualized basis, affirmatively electing to either retain the award or terminate it pursuant to the terms of the instrument or independent legal authority as inconsistent with the national interests and foreign policy of the United States." JSR at 16. That statement is true for grants and federal assistance award obligations. In addition, although the State Department has completed the review process for all grants and federal assistance award obligations, there are still 297 State Department

1

contracts that need to be reviewed.  2/26 Marocco Declaration, ¶ 2.

Dated: February 26, 2025           Respectfully submitted,

                                    ERIC J. HAMILTON
                                    Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director
LAUREN A. WETZLER
Deputy Director
CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Indraneel Sur
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

Counsel for Defendants