## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| AIDS VACCINE ADVOCACY ) | |
| COALITION, et al., ) | |
| ) | |
| *Plaintiffs*, ) | Civil Action No. 25-cv-400 (AHA) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF STATE, et al., ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Pursuant to Local Civil Rule 65.1(d), Plaintiffs move for leave to supplement the record to include a fourth declaration from Andrew Sullivan, publisher at Journalism Development Network (JDN). JDN is a Plaintiff in this case, and the declaration will provide the Court with updated information regarding the status of JDN's grants and cooperative agreements. The declaration is attached as an exhibit hereto.

Counsel for Plaintiffs has conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants do not oppose this motion, on the condition that Plaintiffs would not oppose a motion by Defendants for leave to respond to any new matter introduced in the declaration. Plaintiffs would not oppose such a motion. A proposed order is attached.

*Signatures on next page*

Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On February 27, 2025, I caused the foregoing and accompanying proposed order to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: February 27, 2025                                      /s/  *Lauren Bateman*
                                                                       Lauren Bateman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| AIDS VACCINE ADVOCACY | ) | |
| COALITION, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 25-cv-400 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF STATE, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**FOURTH DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare the following under penalties of perjury:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am the co-founder and publisher of the Journalism Development Network (JDN), a Baltimore, Maryland based non-profit. JDN is one of the largest investigative journalism organizations in the world. It publishes as the Organized Crime and Corruption Reporting Project (OCCRP).

3.      JDN is the recipient of grants and cooperative agreements through both the State Department and USAID. JDN has not received a single payment for any work performed on any of those awards since the freeze was effectuated.

4.      As the freeze and stop-work orders have remained in effect, our work remains severely hampered. The abrupt loss of funding stopped, paused, or slowed a

number of large-scale investigative reporting efforts.

5.    The small investigative journalism centers across the world that we support through federal awards have likewise been devastated. In many cases, these small nonprofits are stuck with contracts and leases they now cannot afford. Since the freeze began, they have either already become insolvent or will become insolvent shortly.

6.    On February 26, we received a wave of termination notices for our awards.

7.    True and correct copies of those notices are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2025

Andrew Sullivan
Publisher, Journalism Defense Network

# EXHIBIT A



**February 26, 2025**

**To:**      JOURNALISM DEVELOPMENT NETWORK INC

**Email:**   drew@occrp.org

**Subject:** Termination Notification of Award No.  SLMAQM21CA3486

**Reference:** state.gov/federal-assistance-policies-appeals/

Dear Partner,

This award is being terminated for the convenience of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, for alignment with Agency priorities and national interest. The decision to terminate this individual award is a policy determination vested in the Secretary of State.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming from the Grants Office for specific awards. Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Sharon D. James*

Sharon D. James
Managing Director
Acquisition Policy Directorate (A/GA/APD)
Department of State



**February 26, 2025**

**To:**      JOURNALISM DEVELOPMENT NETWORK INC

**Email:**   drew@occrp.org

**Subject:** Termination Notification of Award No.  SINLEC22GR0342

**Reference:** state.gov/federal-assistance-policies-appeals/

Dear Partner,

This award is being terminated for the convenience of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, for alignment with Agency priorities and national interest. The decision to terminate this individual award is a policy determination vested in the Secretary of State.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming from the Grants Office for specific awards. Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Sharon D. James*

Sharon D. James
Managing Director
Acquisition Policy Directorate (A/GA/APD)
Department of State



**February 26, 2025**

**To:**        JOURNALISM DEVELOPMENT NETWORK INC

**Subject:**        Termination Notice of Award No. 72052624CA00002

Dear Implementing Partner,

This award is being terminated for convenience and the interests of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for the U.S. Agency for International Development ("the Agency" or "USAID") and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID. Secretary Rubio and PTDO Deputy Administrator Marocco have determined your award is not aligned with Agency priorities and made a determination that continuing this program is not in the national interest. The decision to terminate this individual award is a policy determination vested in the Acting Administrator and the person performing the duties and functions of the Deputy Administrator.

I have been delegated authority to issue this termination notice.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming. . Immediately cease all activities, terminate all subawards and contracts, and avoid incurring any additional obligations chargeable to the award beyond those unavoidable costs associated with this Termination Notice. Immediately provide similar instructions to all subrecipients and contractors.

Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Adam Cox*

Adam Cox
Deputy Director, Office of Acquisition and Assistance
USAID
IndustryLiaison@usaid.gov



**February 26, 2025**

**To:**        JOURNALISM DEVELOPMENT NETWORK INC

**Subject:**      Termination Notice of Award No. 7200AA22CA00009

Dear Implementing Partner,

This award is being terminated for convenience and the interests of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for the U.S. Agency for International Development ("the Agency" or "USAID") and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID. Secretary Rubio and PTDO Deputy Administrator Marocco have determined your award is not aligned with Agency priorities and made a determination that continuing this program is not in the national interest. The decision to terminate this individual award is a policy determination vested in the Acting Administrator and the person performing the duties and functions of the Deputy Administrator.

I have been delegated authority to issue this termination notice.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming. . Immediately cease all activities, terminate all subawards and contracts, and avoid incurring any additional obligations chargeable to the award beyond those unavoidable costs associated with this Termination Notice. Immediately provide similar instructions to all subrecipients and contractors.

Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Nadeem Shah*

Nadeem Shah
Deputy Director, Office of Acquisition and Assistance
USAID
IndustryLiaison@usaid.gov