UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 (AHA) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT**

    Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' motion to supplement the record.

    **SO ORDERED.**

Dated:

THE HON. AMIR ALI<br>
UNITED STATES DISTRICT JUDGE