UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) )  Civil Action No. 25-cv-400 (AHA) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SUPPLEMENT THE RECORD**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' motion to supplement the record.

**SO ORDERED.**

Dated: March ____, 2025

_____
THE HON. AMIR H. ALI
UNITED STATES DISTRICT JUDGE