## DECLARATION OF JESSICA DOE

I, Jessica Doe, declare the following under penalty of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Foreign Service Association.

3. I have worked for USAID for over seven years. I currently serve in Washington within the Bureau of Humanitarian Assistance and part of my role is to serve as an Agreement Officer Representative (AOR) or Alternate AOR (A/AOR) for three USAID Bureau for Humanitarian Assistance (BHA) International Disaster Account (IDA) funded multi-year, multi-million dollar active awards.

4. As of this writing, USAID leadership and State Department leadership are actively obstructing me from fulfilling my AOR oversight responsibilities due to denial of access to relevant systems and have barred me from communicating with my grantees. I have alerted the Awards Officers for my grants daily, and now weekly, to request restoration of my access and ensure compliance with USAID's fiduciary oversight responsibilities. Hundreds of my colleagues across USAID are similarly obstructed.

5. Since January 23, 2025, per instructions from USAID leadership, I have been explicitly prohibited from communicating with these and all implementing partners. On February 11, my Bureau leadership clarified permissible partner communications. However, permission to communicate with partners and grantees only applies to BHA programs that are waived by Secretary Rubio from the pause on foreign assistance for routine award management support, monitoring, and oversight. The grant activities I manage are not considered emergency food and non-food lifesaving assistance, and therefore are not waived or exempt from the freeze according

to State and USAID leadership. This means I remain barred from communicating with these grantees, even on routine award matters.

6. Additionally, USAID staff were locked out of most financial and grant making systems following the January 24, 2025 implementation of the Executive Order freezing foreign assistance, sometime between January 25 and January 28. I am unable to fulfill my fiduciary and oversight duties for the grants I support.

7. Following a USAID leadership announcement, my access to USAID systems was revoked without cause on February 4, 2025, when I was placed on forced administrative leave via mass email. My USAID email access was restored on February 9, 2025 as ordered by the U.S. District Court in D.C. on February 7, 2025.

8. The systems I require access to for my role in processing grants, supporting funds obligations, and approving partner vouchers are GLAAS (creating requisitions and directly tied to USAID's financial system); ASIST (where all vouchers and payments are approved by multiple people, including CFOs); and Phoenix, which is where USAID's actual funding codes and payments are sent out for payment via the Payment Management System (PMS). PMS is an HHS-managed payment system and is the system that distributes funds into partners and grantees accounts. I cannot speak to the status of that system.

9. I was barred from accessing all of these systems until Friday, February 14. I am still barred today from accessing Phoenix along with hundreds of other staff. I still do not know if the system is actually working. This de facto freezes all payments. Payments cannot go through without Phoenix. And even though my access to some of these systems was reinstated, I was by no means allowed to approve vouchers or process requisitions due to the freeze.

10. On February 10, I was informed that all central billing at USAID had been moved to the State Department and that USAID no longer has any central billing codes. That marks a drastic change and adds a thick layer of complexity with respect to payments.

11. Further, I have information that Peter Marocco, Ken Jackson, and DOGE's Gavin Kliger are actively blocking payments as we speak. Contracting Officers and Agreement Officers have been instructed to reroute all payment approvals through a small number of political appointees who are refusing to authorize most disbursements, effectively nullifying the Court's order. Two of my colleagues with direct knowledge confirmed Gavin Kliger of DOGE is the final reviewer and denies payments that have otherwise been approved. USAID's financial systems, which were capable of processing thousands of payments per day before the freeze, have been deliberately restricted, forcing payments into a bottleneck that prevents distribution. These bureaucratic barriers did not exist before January 20 of this year.

12. I am one of the many hundreds of staff put on administrative leave again on February 24. I am barred from using my USAID systems and can only monitor email for important directives. Therefore, I cannot approve vouchers for payment of the grants I help support even if the systems were returned to normal functioning as they existed on January 19. There are months of overdue payments to my grantees dating back to November 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2025.

/s/ Jessica Doe
Jessica Doe