# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

**SUPPLEMENTAL DECLARATION OF PETE MAROCCO**

I, Pete Marocco, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1. In my declaration dated February 26, 2025, I stated that the individualized review of all USAID and State Department foreign assistance awards had concluded as to all but 297 State Department contracts. Feb. 26 Marocco Decl. ¶ 2. Approximately 32 additional contracts were later identified. Those remaining approximately 329 contracts have now also been reviewed. Approximately 246 contracts were retained, 13 were modified in accordance with their terms, and 70 contracts were terminated.

2. Also in my declaration dated February 26, 2025, I stated that "approximately 4,100 [State Department] awards were terminated, and approximately 2,700 awards were retained." Subsequent to this statement being made, the terminations for approximately 150 awards were rescinded. Therefore, in the end, approximately 3,950 awards were terminated and approximately 2,850 awards were retained.

1

3. On March 1, 2025, following the completion of the review of the last 329 contracts, the State Department issued Acquisition Alert (AA) 25-05-02 and Federal Assistance Management Advisory (FAMA) 2025-05 (B), which directed Contracting Officers and Grants Officers to lift the previously imposed stop work orders and suspensions on all contracts and federal assistance awards that were selected for retention. The AA and FAMA also directed Contracting Officers and Grants Officers to "expeditiously process payment requests ... for both awards where work has now resumed and for terminated awards," including for legitimate expenses awardees incurred in connection with stop work orders and suspensions.

4. In my declaration dated February 18, 2025, I stated that USAID had authorized at least 21 payments that in total were worth more than $250 million and were expected to be paid during the week of February 17. Although authorized at the time, the majority of those payments were delayed due to specific, independent, high-level policy decisions and events that postdated my declaration. Those payments are currently awaiting certain foreign policy developments and determinations; if payment is authorized, USAID will promptly process those funds in accordance with its new payments review and processing policies. USAID has continued to promptly process and pay the authorized portion of these payments.

5. Since February 13, 2025, USAID has paid approximately $77 million in foreign assistance funds and State has paid approximately $31 million in such funds.

I declare that the foregoing is true and correct to the best of my knowledge.

Pete Marocco

Date: March 3, 2025