# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00402 (AHA) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Leave to file a Surreply regarding Defendants' opposition to the motions for preliminary injunctions, and the entire record, it is hereby.

ORDERED that Defendants' Motion for Leave is GRANTED.

IT IS SO ORDERED, this _____ day of March, 2025.

_____
AMIR H. ALI
United States District Judge