IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-00402 (AHA) |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO RESPOND REGARDING PLAINTIFFS' SUPPLEMENTAL MATERIALS**

Plaintiffs AIDS Vaccine Advocacy Coalition (AVAC) and Global Health Council (GHC) recently filed motions for leave to submit supplemental materials in support of their motions for preliminary injunctive relief. Doc. 46 (AVAC); Doc. 47 (GHC). Defendants are unopposed to Plaintiffs' motions for leave to supplement the record, provided that Defendants are granted leave to respond to the proposed new material. Thus, to the extent that Plaintiffs are granted leave to supplement the record in support of their motions for preliminary injunctive relief after the motions have been fully briefed, the Court should exercise its discretion to also permit Defendants to respond to those materials. *Baloch v. Norton*, 517 F. Supp. 2d 345, 348 n.2 (D.D.C. 2007)

(recognizing that when a movant raises arguments for the first time after the non-movant has already responded, the court will either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to respond) (citing *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003)); *Pub. Emps. for Env't Resp. v. Nat'l Park Serv.,* 605 F. Supp. 3d 28, 38 (D.D.C. 2022) (granting leave to file surreply to address new affidavit filed with reply brief); *Doe v. Roman Catholic Diocese of Greensburg,* No. 20-cv-1750, 2021 WL 12137383 (D.D.C. Feb. 12, 2021) (granting motion for leave to file a surreply where plaintiffs filed a new affidavit and introduced new factual material in reply); *Lee v. Christian Coal. of Am., Inc.*, 160 F. Supp. 2d 14, 23 n.4 (D.D.C. 2001) (granting motion for leave to file a surreply brief where plaintiffs included three new declarations in their reply brief); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting motion for leave to file a surreply where the reply included a declaration not included in the original motion).

Accordingly, Defendants request leave to file their proposed response to Plaintiffs' supplemental materials, attached herewith. Plaintiffs are unopposed to Defendants' instant request.[1]

---

[1] As noted in their motion for leave, the GHC Plaintiffs are unopposed to the instant motion. Doc. 47 (GHC) at 4. Defendants have also conferred with the AVAC Plaintiffs, who stated that they were unopposed, provided the government notes its non-opposition to Plaintiffs' motion for leave. As stated above, Defendants are unopposed, provided that they are given an opportunity to respond.

<div style="display:flex">
<div>Dated: March 5, 2025</div>
<div>

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*

</div>
</div>

3