IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully request that the Court take notice of an order issued today in *Personal Services Contractor Association v. Trump* ("*PSCA*"), No. 1:25-cv-00469-CJN (D.D.C.). In *PSCA*, an association of personal services contractors with the U.S. Agency for International Development ("USAID") raised claims challenging the government's actions with regard to USAID, similar to the claims raised by plaintiffs in these cases. The court issued an oral ruling denying the *PSCA* plaintiff's motion for a temporary restraining order. *See* Minute Entry, *PSCA*,

No. 1:25-cv-00469-CJN (D.D.C. Mar. 6, 2025).[1] The *PSCA* court found that the plaintiff had not established irreparable harm. The court also found that the plaintiff was not likely to succeed on the merits of its claim because the personal services contractors' claims would need to be channeled through an alternative forum; specifically, the *PSCA* court ruled that the claims essentially arose out of contract disputes that must be brought through the Contract Disputes Act, with exclusive jurisdiction in the Court of Federal Claims or the Civilian Board of Contract Appeals.

Dated: March 6, 2025                                        Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*

---

[1] Defendants can provide a transcript of the oral ruling as soon as it is available.