# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br>   *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br>   *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br>   *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>   *Defendants*. | Civil Action No. 25-00402 (AHA) |

## DEFENDANTS' NOTICE REGARDING
## COURT'S INQUIRY AT HEARING OF MARCH 6, 2025

The Court asked, at the hearing of March 6, 2025, about the number of invoices that underpin Defendants' payment described in Paragraph 10 of their component of the Joint Status Report of March 6, 2025 (GHC Doc. 50). Defendants need additional time to further review their records to determine the answer to the Court's question based on those records. Defendants expect to respond to the question as soon as practicable and no later than Monday, March 10, 2025 at noon.

Dated: March 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*