UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

**RESPONSE TO COURT'S REQUEST FOR INFORMATION REGARDING OUTSTANDING INVOICES**

At the hearing on March 6, 2025, the Court requested that Plaintiffs in *Global Health Council* provide certain information concerning their outstanding invoices. To the extent it is useful to the Court, Plaintiffs in *AIDS Vaccine Advocacy Coalition* further provide the following information.

AVAC is owed approximately $397,000 on two pending drawdowns on letters of credit for work already performed.

JDN previously submitted to USAID and the Department of State invoices totaling approximately $1.7 million. Those invoices, however, included requests for advances. The amount due for work already performed is therefore less than $1.7 million. JDN is working diligently to determine the precise amount due for work already performed and currently estimates that that the amount is approximately $1.25 million. But JDN has encountered logistical hurdles in ascertaining the precise amount because some staff at subgrantee organizations who would normally be

1

custodians of invoices have been laid off as a result of the ongoing freeze in foreign assistance funding.

                                                        Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*