UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Pursuant to Local Civil Rule 65.1(d), Plaintiffs move for leave to supplement the record to include additional documents pertinent to Plaintiffs' motion for preliminary relief, ECF 13. The supplemental evidence consists of a Second Declaration of Jessica Doe and an email that Ms. Doe received yesterday from Senior Procurement Executive (SPE) Jami Rodgers.

The supplemental evidence directly contradicts Pete Marocco's representations that USAID engaged in a "targeted, case-by-case review of foreign assistance programs," 2/18 Dec. of Pete Marocco, ECF 22-1 at ¶ 6, and that termination decisions were made according to the "terms and conditions" of specific instruments, 2/25 Dec. of Pete Marocco, ECF 37-1 at ¶ 7; *see also* ECF 22-1 at ¶ 13 (claiming that "[t]he USAID Front Office has generally terminated or suspended instruments after a multistep, case-by-case review process"); ECF 37-1 at ¶ 3 (referring to "individualized review of contracts and grants"); *id.* at ¶ 7 ("USAID … terminated instruments according to their terms and conditions.").

1

This Court should exercise its "discretion to allow parties to supplement the record of a case," *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (citation omitted), because the information, which could not have been discovered prior to yesterday, is directly relevant to the motions for preliminary injunction filed in this case and in *Global Health Council v. Trump*, 25-cv-402.

Defendants do not oppose this motion on the condition that Plaintiffs would not oppose a motion for leave to respond to any new matter introduced by the filing. Plaintiffs would not oppose such a motion.

Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On March 7, 2025, I caused the foregoing and accompanying proposed order to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: March 7, 2025                                          /s/ *Lauren Bateman*
                                                              Lauren Bateman