UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Civil Action No. 25-cv-400<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF STATE, et al., | )<br>)<br>) |
| *Defendants*. | )<br>) |

**SECOND DECLARATION OF JESSICA DOE**

I, Jessica Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I previously provided a declaration in this matter in my capacity as a Contracting Officer and Foreign Service Officer at USAID (ECF 26-3).

3. At approximately 1 pm EST on Thursday, March 6, USAID Contracting Officers and Agreement Officers received an email from Senior Procurement Executive (SPE) Jami Rodgers.

4. Screenshots of that email are attached to this declaration as Exhibit A.

5. I continue to fear that the Administration will retaliate against me for whistleblowing. As a result, I have redacted the receipt time of the email so as not to reveal the time zone in which I am stationed.

6. Other than the redaction, the screenshots attached as Exhibit A are true and correct

images of SPE Rodgers's email.

7. The email directed us to review a list of terminated awards, and to issue an expanded termination notice "tailored to the specific award and implementing partner, referencing the relevant clauses or provisions within the award."

8. This directive is consistent with my understanding and belief that there was no prior case-by-case review of terminated contracts, awards, and grants.

9. I believe we are being directed to come up with post-hoc rationalizations for the decision by USAID leadership to issue blanket terminations of thousands of awards.

Executed on March 7, 2025.

/s/ Jessica Doe  
Jessica Doe

# EXHIBIT A

Jami Rodgers
to Nadeem, Adam, Lyudmila, Stephanie,...

Dear Colleagues,

1. **Applicability:** This Notice is applicable to all USAID foreign-assistance funded acquisition and assistance awards for which a termination notice has been issued. It does not apply to awards for which termination notices have subsequently been rescinded.

2. **Background:** U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for USAID and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID, directed USAID CO/AOs to issue notices of termination for many USAID awards over the past several weeks. To initiate the termination actions, CO/AOs issued expedited notices and requested partners to confirm receipt. For contracts, this process is aligned with requirements in FAR 49.601-1.

3. **For Immediate Action:** CO/AOs should review this list to confirm that an award has been terminated. If so, in order to provide the needed details and to enable partners to proceed with the applicable termination actions, CO/AOs must issue a detailed, expanded termination notice. We recommend using the termination templates below. CO/AOs may adjust the templates as needed:

   - Acquisition (Supplies)

needed:

- Acquisition (Supplies)
- Acquisition (Services)
- Assistance (U.S. NGOs, including FAAs)
- Assistance (Non-U.S. NGOs)
- Assistance (FAAs to Non-U.S. NGOs)

These templates are designed to ensure consistent and detailed communication between USAID CO/AOs and implementing partners following terminations. The templates also include Alternate I language that should be used for awards that were the subject of centrally-generated termination notices on February 26, 2025.

Each template must be tailored to the specific award and implementing partner, referencing the relevant clauses or provisions within the award. Note: For assistance awards with standard provisions dated earlier than October 2024, AOs need to adjust the template to include the relevant provisions applicable to the specific award. Previous versions of the provisions are available here.

In addition, to comply with the applicable notification requirements, each notice must be communicated to the partner's address shown in the award (e.g., as shown on the cover page of a contract), or another address specified in the award. For initial, short form termination notices issued not following the previously provided M/OAA template, please adjust the follow up notification notice to provide any outstanding or omitted information from the original notice.

Finally, it is important to note that when a termination occurs, the CO must create a case file for the termination for recordkeeping purposes which includes all records and memoranda relevant to the termination settlement (see FAR 49.105-3). The termination case file may be part of the award file which includes all relevant communications/documentation concerning the award, through to the termination notice.

4. **Questions:** Any other questions regarding this notice may be submitted to policymailbox@usaid.gov.

Sensitive But Unclassified (SBU)

...

| SBU - USAID Active and Ter... | Copy of Supply Contract Termi... | Copy of Service Contract Termi... |