# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-00402 (AHA) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for leave to file a response to the Plaintiffs' motions for leave to supplement the record in No. 25-cv-400 (March 7, 2025) (Doc. 55), and No. 25-cv-402 (March 8, 2025) (Doc. 55), and the entire record, it is hereby

**ORDERED** that Defendants' motion for leave is **GRANTED**.

**IT IS SO ORDERED**, this _____ day of March, 2025.

_____
AMIR H. ALI
United States District Judge