# EXHIBIT A

     

# AGENCY NOTICES

**Office of Origin:** AID/A
**Notice Category:** Office of the Administrator
**Date of Announcement:** January 22, 2025
**Distribution:** USAID/General Notice

## Initial Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid

*The original message was distributed on January 21, 2025 by the Office of the Administrator. Any graphic-based content in the original message has been removed from this copy. Please visit* [this link (https://content.govdelivery.com/accounts/USAIDHQ/bulletins/3cdfec6)](https://content.govdelivery.com/accounts/USAIDHQ/bulletins/3cdfec6) *to view the original message in GovDelivery.*

Pursuant to Executive Order *Reevaluating and Realigning United States Foreign Aid*, which President Trump signed on January 20, 2025, USAID will immediately pause all new program-funded commitments and new or incremental obligations. This directive encompasses every level of programming—including at the obligation (e.g., development objective agreement) and subobligation levels. Any pause on disbursements will be subject to further guidance.

Any waivers to this pause must be authorized by both the Acting Administrator of USAID and the Director of Foreign Assistance at the U.S. Department of State, regardless of amount. At present, the only proposed waivers that should be presented are for emergency humanitarian assistance.

We will provide further guidance related to implementation of this direction within 48 hours. We will also provide subsequent guidance on how USAID will review all programs, to include current and ongoing programs, to ensure they are aligned with the foreign policy of the President of the United States.

Jason Gray

Acting Administrator


Any questions concerning this notice may be directed to:

-- USAID Front Office, AID/A, (202) 712-4040