# EXHIBIT C

3/9/25, 4:04 PM  USAID Notices | Follow-Up Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid

Case 1:25-cv-00400-AHA    Document 58-3    Filed 03/09/25    Page 2 of 2

     

# AGENCY NOTICES

| | |
|---|---|
| **Office of Origin:** | AID/A |
| **Notice Category:** | Office of the Administrator |
| **Date of Announcement:** | January 24, 2025 |
| **Distribution:** | USAID/General Notice |

## Follow-Up Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid

*The original message was distributed earlier in the day by the Office of the Administrator. Any graphic-based content in the original message has been removed from this copy. Please visit* this link (https://content.govdelivery.com/accounts/USAIDHQ/bulletins/3ceb1f0) *to view the original message in GovDelivery.*

This Agency Notice serves to provide guidance on ALDAC 25 STATE 6828 (https://ism.smart.state.sbu/?utm_medium=email&utm_source=govdelivery#/search/25%20STATE%206828) which came out on January 24, 2025 as outlined in the Agency Notice, *Initial Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid (https://notices.usaid.gov/notice/70656?utm_medium=email&utm_source=govdelivery)*, issued on January 22.

Per the ALDAC, within 30 days, the Director of the Department of State's Policy Planning Staff (S/P) or its designate shall develop appropriate review standards to ensure that all foreign assistance is aligned with President Trump's foreign policy agenda. Information on this review process will be shared as it becomes available. **For USAID's purposes, foreign assistance includes all program accounts ("Title III") but does not include the Operating Expenses account or the Capital Investment Fund Account ("Title II").**

Consistent with and building on my January 22 Initial Instructions, all new program-funded obligations and subobligations are to remain on pause unless exempt below. In addition, I am immediately directing all contracting and agreement officers to issue stop-work orders or bilateral amendments, consistent with the terms of the relevant awards or agreements, until determinations are made following the review. This pause also applies to new requests for proposals (RFPs), notices of funding opportunities (NOFOs) or other requests for foreign assistance. Decisions whether to continue, modify, or terminate programs will be made following this review.

25 State 6828 provides waivers to this pause including:

1. emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;
2. on a temporary basis, salaries and related administrative expenses, including travel for U.S. direct hire employees (including FSLs, Crisis Operations staff, etc.), personal services contractors, and locally employed staff;
3. legitimate expenses incurred prior to the date of this ALDAC under existing awards or legitimate expenses associated with stop-work orders; and
4. exceptions to the pause approved by the Director of Foreign Assistance.

We will provide further guidance related to implementation of this direction including the process for waivers as soon as possible. We will also provide subsequent guidance on how USAID will review all programs, to include current and ongoing programs, to ensure they are aligned with the foreign policy of the President of the United States.

Jason Gray

Acting Administrator

Any questions concerning this notice may be directed to:

-- USAID Front Office, AID/A, (202) 712-4040

Notice 01177