UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 25-cv-400 ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) |
| Defendants. | ) ) |

**FOURTH DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the co-founder and publisher of the Journalism Development Network (JDN), a Baltimore, Maryland based non-profit. JDN is one of the largest investigative journalism organizations in the world. It publishes as the Organized Crime and Corruption Reporting Project (OCCRP).

3. JDN is the recipient of grants and cooperative agreements through both the State Department and USAID. JDN has not received a single payment for any work performed on any of those awards since the freeze was effectuated.

4. As the freeze and stop-work orders have remained in effect, our work remains severely hampered. The abrupt loss of funding stopped, paused, or slowed a

number of large-scale investigative reporting efforts.

5.  The small investigative journalism centers across the world that we support through federal awards have likewise been devastated. In many cases, these small nonprofits are stuck with contracts and leases they now cannot afford. Since the freeze began, they have either already become insolvent or will become insolvent shortly.

6.  On February 26, we received a wave of termination notices for our awards.

7.  True and correct copies of those notices are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2025

_____
Andrew Sullivan
Publisher, Journalism Defense Network