# EXHIBIT A



**February 26, 2025**

**To:** JOURNALISM DEVELOPMENT NETWORK INC

**Email:** drew@occrp.org

**Subject:** Termination Notification of Award No. SLMAQM21CA3486

**Reference:** state.gov/federal-assistance-policies-appeals/

Dear Partner,

This award is being terminated for the convenience of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, for alignment with Agency priorities and national interest. The decision to terminate this individual award is a policy determination vested in the Secretary of State.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming from the Grants Office for specific awards. Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Sharon D. James*

Sharon D. James
Managing Director
Acquisition Policy Directorate (A/GA/APD)
Department of State



February 26, 2025

**To:**     JOURNALISM DEVELOPMENT NETWORK INC

**Email:**    drew@occrp.org

**Subject:** Termination Notification of Award No.  SINLEC22GR0342

**Reference:** state.gov/federal-assistance-policies-appeals/

Dear Partner,

This award is being terminated for the convenience of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, for alignment with Agency priorities and national interest. The decision to terminate this individual award is a policy determination vested in the Secretary of State.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming from the Grants Office for specific awards. Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Sharon D. James*

Sharon D. James
Managing Director
Acquisition Policy Directorate (A/GA/APD)
Department of State



February 26, 2025

**To:** JOURNALISM DEVELOPMENT NETWORK INC

**Subject:** Termination Notice of Award No. 72052624CA00002


Dear Implementing Partner,

This award is being terminated for convenience and the interests of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for the U.S. Agency for International Development ("the Agency" or "USAID") and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID. Secretary Rubio and PTDO Deputy Administrator Marocco have determined your award is not aligned with Agency priorities and made a determination that continuing this program is not in the national interest. The decision to terminate this individual award is a policy determination vested in the Acting Administrator and the person performing the duties and functions of the Deputy Administrator.

I have been delegated authority to issue this termination notice.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming. . Immediately cease all activities, terminate all subawards and contracts, and avoid incurring any additional obligations chargeable to the award beyond those unavoidable costs associated with this Termination Notice. Immediately provide similar instructions to all subrecipients and contractors.

Kindly confirm receipt of this Termination Notice via electronic email response to the sender.


Sincerely,

*Adam Cox*

Adam Cox
Deputy Director, Office of Acquisition and Assistance
USAID
IndustryLiaison@usaid.gov



**February 26, 2025**

**To:**         JOURNALISM DEVELOPMENT NETWORK INC

**Subject:**    Termination Notice of Award No. 7200AA22CA00009

Dear Implementing Partner,

This award is being terminated for convenience and the interests of the U.S. Government pursuant to a directive from U.S. Secretary of State Marco Rubio, in his capacity as the Acting Administrator for the U.S. Agency for International Development ("the Agency" or "USAID") and/or Peter W. Marocco, who is performing the duties and functions of both Deputy Administrators for USAID. Secretary Rubio and PTDO Deputy Administrator Marocco have determined your award is not aligned with Agency priorities and made a determination that continuing this program is not in the national interest. The decision to terminate this individual award is a policy determination vested in the Acting Administrator and the person performing the duties and functions of the Deputy Administrator.

I have been delegated authority to issue this termination notice.

Detailed instructions will follow, and a formal modification/amendment to memorialize this action is forthcoming. . Immediately cease all activities, terminate all subawards and contracts, and avoid incurring any additional obligations chargeable to the award beyond those unavoidable costs associated with this Termination Notice. Immediately provide similar instructions to all subrecipients and contractors.

Kindly confirm receipt of this Termination Notice via electronic email response to the sender.

Sincerely,

*Nadeem Shah*

Nadeem Shah
Deputy Director, Office of Acquisition and Assistance
USAID
IndustryLiaison@usaid.gov