**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**FOURTH DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the co-founder and publisher of the Journalism Development Network (JDN), a Baltimore, Maryland based non-profit. JDN is one of the largest investigative journalism organizations in the world. It publishes as the Organized Crime and Corruption Reporting Project (OCCRP).

3. On one of JDN's grants, JDN is still owed approximately $234,000 for work completed prior to February 13, 2025.

4. On one of JDN's cooperative agreements, JDN is still owed approximately $19,000 for work completed prior to February 13, 2025.

5. JDN has posted requests for post-February 13 expenses on retained

awards. It has not yet been apprised of the status of those requests.

    Executed on March 26, 2025

                                                              /s/ Andrew Sullivan
                                                              Andrew Sullivan
                                                              Publisher, Journalism Defense Network