## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) | |
| *Defendants*. | ) ) | |
| _____ | ) | |

### THIRD DECLARATION OF MITCHELL WARREN

I, Mitchell Warren, declare the following under penalties of perjury:

1.     I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.     I am the Executive Director of the AIDS Vaccine Advocacy Coalition (AVAC), a New York-based non-profit organization that leverages its independent voice and global partnerships to accelerate the ethical development and equitable delivery of effective HIV prevention options.

3.     AVAC's 2025 work plan implementing its USAID cooperative agreement was approved by the agency in December 2024.

4.     Attached as Exhibit A is a true and correct copy of the stop-work order issued for AVAC's USAID cooperative agreement on January 27, 2025.

5.     Attached as Exhibit B is a true and correct copy of the "Cancellation of

Suspension Notice" issued for AVAC's cooperative agreement on March 4, 2025.

6.    Attached as Exhibit C is a true and correct copy of an email I received on March 26, 2025, from Elton Fortson, the Contracting/Agreement Officer on AVAC's award.

7.    As of today, AVAC's letter of credit remains unfunded for 2025.

8.    AVAC cannot meaningfully perform work on its cooperative agreement without funding.

Executed on March 26, 2025.

/s/
Mitchell Warren
Executive Director, AVAC

# EXHIBIT A



January 27, 2025

Delivered by email to Mitchell Warren, AVAC

**Subject:**      Order to Suspend Work - 2 CFR § 700.14

**Reference:**    AID-OAA-A-16-00031, Coalition to Accelerate & Support Prevention Research (CASPR)
                  Cooperative Agreement

Executive Order <u>Reevaluating and Realigning United States Foreign Aid</u>

Dear AVAC:

In accordance with President Trump's Executive Order entitled <u>Reevaluating and Realigning United States Foreign Aid</u> with additional guidance per the USAID Notice issued to Implementing Partners on January 24, 2025, and pursuant to 2 CFR § 700.14 Award Suspension and Termination (incorporated in Standard Provision M.10 for Non-U.S. NGOs), the Agreement Officer hereby issues an order for the recipient to immediately suspend work under this cooperative agreement, including sub-contracts and sub-awards.  All awards are to cease implementation immediately as of today, January 27, 2025.

Therefore, upon receipt of this Stop/Suspend Work order, the Recipient must immediately comply with the terms of this order and take ALL reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.

The recipient shall not resume work under this cooperative agreement until notification has been received in writing from the Agreement Officer that this Suspend Work Order has been canceled.

Please confirm your receipt and agreement with this Suspend Work Order by completing and returning the acknowledgement below.  Should you have questions concerning this letter, please contact me at efortson@usaid.gov.  We will follow up with further guidance as soon as possible.

Sincerely,

Elton E. Fortson
Agreement Officer

USAID cc: Ashley Lima, Agreement Officer's Representative

**Acknowledgment of Receipt**

I, _____, acknowledge receipt of this Stop/Suspension of Work Order and confirm compliance with the instructions outlined herein.


Signature: _____

Name: _____

Title: _____

Date: _____

EXHIBIT B



To:        AVAC
           Mitchell Warren

Subject:   Cancellation of Suspension Notice Dated January 28, 2025, for Award No
           AID-OAA-A-16-00031

Date:      March 4, 2025


Dear Recipient:

As the result of a review conducted by Department of State and USAID leadership, **this notice serves to cancel** both the pause identified in USAID's January 28, 2025 communication to implementing partners for this award as well as the above-referenced suspension notice.  This notice also serves as clarification that as of the date of this notice, all work may continue for this award in addition to work previously cleared pursuant to a waiver.

You are hereby authorized to resume performance in accordance with the terms and conditions of the above-referenced award. In the case of need for adjustment to the program activities, schedule, or other terms of the award, please provide additional details to me as soon as possible and in accordance with the relevant provision applicable to your award.

Please confirm your receipt of this notice by completing and returning the acknowledgement below. Should you have questions concerning this notice, please contact me at efortson@usaid.gov and copy GlobalHealthOAA@usaid.gov.


Sincerely,

ELTON E         Digitally signed by ELTON E
FORTSON         FORTSON
                Date: 2025.03.04 17:25:35
                -05'00'

Elton E Fortson
Agreement Officer

ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of this notice.

_____ (Recipient)

By _____ (Signature)

_____ (Name and Title)

_____ (Date)

EXHIBIT C

**From:** Elton Fortson <efortson@usaid.gov>
**Date:** Wednesday, March 26, 2025 at 4:07 PM
**To:** Mary Latka <mlatka@usaid.gov>, Mitchell Warren <mitchell@avac.org>, Stacey Hannah <stacey@avac.org>
**Subject:** Lifesaving activities CASPR

Good afternoon,

Please be advised that only life saving activities will be implemented at this time.  This award currently doesn't have any of the aforementioned. Please let me know if you have any questions regarding this matter.

Best,

Elton

Elton Fortson

Contracting/Agreement Officer

**USAID**/Office of Acquisition and Assistance

M/OAA/OHA Rm. 11.4.4J , UA

500 D Street SW Washington, DC 20547

T 202-916-2736 | efortson@usaid.gov|  USAID.gov  |  @USAID

*This communication contains procurement sensitive information that is protected from disclosure by the Procurement Integrity Act and other applicable federal laws, as well as communications that fall within USAID's attorney-client and deliberative process privileges.  Procurement sensitive information cannot be disclosed, and the attorney client and deliberative process privileges cannot be waived or otherwise relinquished, without consultation with a USAID lawyer, and approval by the Director of the client office, OAA.*

**Please consider the environment before printing this email.**