IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**<u>DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025</u>**

1.  Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Order of March 24, 2025, and provide updates regarding their processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025.

2.  As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since March 18, 2025 was 161, and the total number of such payments by Defendants to non-Plaintiffs processed since March 18, 2025 was 5,690. In sum, Defendants have therefore processed 5,851 payments between March 18 and March 26, which amounts to approximately 975

1

payments per business day, well above this Court's metric.

3. The total number of such payments which remain to be processed for Plaintiffs is 314, and the total number of such payments which remain to be processed for non-Plaintiffs is 5,750. There are therefore over 6,000 payments remaining to be processed.

4. Defendants' intention has been to prioritize payments to Plaintiffs. The remaining payments to Plaintiffs have presented particular challenges precluding faster processing: More time has been necessary to process the remaining payments to Plaintiffs than Defendants estimated in the March 19, 2025 status report because agency personnel are working with funding recipients to address transaction-specific details (such as duplicate invoice submissions, billing errors, and the need to confirm that goods or services were delivered or rendered).

5. Accordingly, Defendants' proposed timeline for processing the remaining payments is as follows: Defendants expect to process the remaining payments to Plaintiffs by April 10, 2025, and the remaining payments by the last week of April 2025.

6. Defendants note that the associational Plaintiffs have not provided Defendants with a complete list of all of their members, which makes it impossible to provide precise figures about the breakdown between Plaintiff and non-Plaintiff amounts due. Further, some pending requests for payment do not distinguish between work performed before February 13, 2025, and work that was performed thereafter (such as in connection with close-out). That also makes it impossible to provide precise figures aligned with the Court's inquiries. Additionally, Defendants note that they continue to receive new requests for payment, and that some funding recipients have not provided complete documentation concerning their work completed prior to February 13, 2025, which is among the reasons why faster processing is not feasible.

* * *

Dated: March 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*

3