UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., ) ) ) )  *Plaintiffs*, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF STATE, et al., ) ) *Defendants*. ) ) | Civil Action No. 25-cv-400 |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs respectfully submit the following status report to update and correct their Response to Defendants' Status Report, filed on March 26, 2025. ECF 70. That filing stated that Defendants had "missed" the March 21, 2025, deadline that Defendants set for themselves to complete payments to Plaintiffs for work performed prior to February 13, 2025. *Id*. at 1. While the accompanying Declaration of Andrew Sullivan accurately stated that Plaintiff JDN was "owed" money for work completed prior to February 13, ECF 70-1, JDN had not yet formally submitted requests for certain of those payments due to changing guidance from government partners as to the process for submitting requests. As to the payments for which a request had been submitted, Defendants met the March 21, 2025, deadline for payment to Plaintiffs in this case.

1

2

Dated: April 3, 2025                    Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

On April 3, 2025, I caused the foregoing status report to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: April 3, 2025                                         /s/ Lauren E. Bateman
                                                             Lauren E. Bateman