**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AIDS VACCINE ADVOCACY
COALITION, *et al.*,

                 *Plaintiffs*,

      v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

                 *Defendants*.

Civil Action No. 25-cv-400 (AHA)

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

1.      Defendants respectfully move under Federal Rule of Civil Procedure 6(b)(1) for a 29-day enlargement of time to, and including, May 13, 2025, to respond to the Complaint in this action (*AVAC*).  Under Local Civil Rule 7(m), undersigned counsel asked counsel for Plaintiffs on April 7, 2025 for their position on the instant motion.  Counsel for Plaintiffs stated they do not oppose the requested extension.

2.      Defendants calculate that the deadline for the response to Plaintiffs' Complaint in this action is currently Apil 14, 2025.  Defendants also calculate that the deadline for the response to the Complaint in *Global Health Council v. Trump (GHC)*, No. 22-cv-402, also pending before this Court, is May 13, 2025.

3.      Given the similarity between the claims asserted in the *AVAC* and *GHC* actions, this Court heard argument on the *AVAC* Plaintiffs' motion for a temporary restraining order and a preliminary injunction together with argument on the *GHC* Plaintiffs' motion for such relief, and this Court's resulting orders of February 13, 2025, *AVAC* Doc. 17, and March 10, 2025, *AVAC*

Doc. 60, concurrently addressed both actions.  Additionally, Defendants filed a combined brief in opposition to those preliminary injunction motions and have sought to reduce duplicative briefing between the two actions throughout.  Accordingly, in light of the similarity between the actions, extending the time for Defendants' response to the *AVAC* Complaint by 29 days would allow Defendants to efficiently coordinate and align that response with their response to the *GHC* Complaint, and hence facilitate the proper evaluation of those responses by the parties and the Court.

4.      The requested extension is also warranted to allow counsel in this action to meet obligations in other actions with upcoming briefing deadlines.  Those upcoming deadlines include those set by other courts in this District in cases against several agencies that are Defendants in this action, including on April 21, 2025 and May 5, 2025.

5.      Therefore, good cause supports this motion for an extension, and it is not being made for purposes of delay.

6.      Defendants have not previously sought an extension of time to respond to the *AVAC* Complaint.  The granting of the motion will have no effect on existing deadlines in either action.

7.      For the foregoing reasons, Defendants respectfully request that this motion be granted and that they accordingly be allowed until, and including, May 13, 2025 to respond to the Complaint in this action, in alignment with the deadline for their response to the *GHC* Complaint.

8.      A proposed order consistent with this motion is also submitted.

Dated: April 8, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*