UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |

**[PROPOSED] ORDER**

Upon review of Defendants' unopposed motion for extension of time to respond to the Complaint in this action, it is hereby ORDERED that the instant motion for an extension is granted; and it is further ORDERED that:

The due date for Defendants' response to the Complaint in this action is extended through and including May 13, 2025.

So ORDERED this _____ day of April, 2025.

_____
AMIR H. ALI
United States District Judge