IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Order of March 24, 2025.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since April 2, 2025 was 76, and the total number of such payments by Defendants to non-Plaintiffs processed since April 2, 2025 was 1,258. In sum, Defendants have therefore processed 1,334 payments between April 3 and April 9, which amounts to approximately 267 payments per business day. Moreover, considering also the payments

1

described in the status report of April 3, 2025, Defendants have processed 3,978 payments between March 27 and April 9, which amounts to approximately 442 payments per business day, above this Court's metric.

3. The total number of such payments which remain to be processed for Plaintiffs is 253, and the total number of such payments which remain to be processed for non-Plaintiffs is 4,719. There are therefore approximately 5,000 payments remaining to be processed.

4. The remaining payments to be processed are more labor intensive than those previously processed because of particular transaction and documentation-specific details. In light of that and the other practical limitations described in Defendants' previous status reports, Defendants' proposed timeline for processing the remaining payments is as follows: Defendants expect to process the remaining payments to Plaintiffs by April 25, 2025, and the remaining payments by the last week of April 2025.

5. As to Plaintiff AVAC in No. 25-cv-400: As Defendants have informed counsel for Plaintiffs, agency personnel have been in communication with AVAC regarding certain revisions necessary for finalization and funding.

Dated: April 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*