UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER**

Upon review of Defendants' motion of April 11, 2025 for an indicative ruling under Federal Rule of Civil Procedure 62.1 and request for administrative stay pending resolution of that motion, it is hereby ORDERED that Defendants' request for an administrative stay is GRANTED; and it is further ORDERED that:

Pending an order of this Court rendering decision on Defendants' motion for an indicative ruling, the provision of this Court's preliminary injunction of March 10, 2025 requiring that "for any grants, cooperative agreements, or contracts for foreign assistance," the "Restrained Defendants shall not withhold payments or letter of credit drawdowns for work completed prior to

February 13, 2025," is administratively STAYED except as to such "payments or letter of credit drawdowns" to the Plaintiffs in No. 25-cv-400 and No. 25-cv-402.

So ORDERED this ____ day of April, 2025.

_____
AMIR H. ALI
United States District Judge