UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request an extension of time to April 25, 2025, to respond to Defendants' motion for an indicative ruling (ECF 78), and for an extension to May 1, 2025, for Defendants' reply. Defendants consent to this motion and ask Plaintiffs to note their request that the same schedule be set in *GHC v. Trump*, No. 25-402.[1]

DISCUSSION

On April 11, 2025, Defendants moved for an "indicative ruling regarding preliminary injunction" and requested an "administrative stay pending decision on motion for indicative ruling." ECF 78 at 1. Under Local Rule 7(b), Plaintiffs' response is due "[w]ithin 14 days of the date of service or at such other time as the Court may direct." By Minute Order dated April 11, this Court granted the unopposed request

---

[1] Plaintiffs' counsel also conferred with counsel for the plaintiffs *GHC v. Trump*, who indicated that they consent to entry of the same schedule in that case.

1

for an administrative stay, directed Plaintiffs to respond to the motion by April 16, and directed Defendants to file any reply by April 18.

Plaintiffs request an extension to April 25, with an extension to May 1 for Defendants' reply. These dates reflect the default deadlines under Local Rule 7(b) and (d), and good cause exists for this request. Plaintiffs' lead counsel Lauren Bateman is currently on vacation, through Monday, April 14, returning on April 15—the day before the deadline set by this Court. Moreover, in light of the issues raised in Defendants' motion and other obligations of Plaintiffs' counsel, who are lawyers at a small nonprofit law firm, the additional time is needed to adequately respond to Defendants' motion.

A proposed order accompanies this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request an extension of the deadline set by the Court's April 11 minute order and that the deadline for Plaintiffs to file an opposition to Defendants' motion for an indicative ruling be set for April 25, 2025, and the deadline for any reply be set for May 1, 2025.

Dated: April 11, 2025                Respectfully submitted,
                                     /s/ Allison M. Zieve
                                     Allison M. Zieve (D.C. Bar No. 424786)
                                     Lauren E. Bateman (D.C. Bar No. 1047285)
                                     Nicolas A. Sansone (D.C. Bar No. 1686810)
                                     Public Citizen Litigation Group
                                     1600 20th Street NW
                                     Washington, DC 20009
                                     (202) 588-1000

                                     *Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

On April 11, 2025, I caused the foregoing status report to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: April 11, 2025 /s/ Allison M. Zieve
Allison M. Zieve