UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | )<br>)<br>) |
| *Plaintiffs*, | ) Civil Action No. 25-cv-400 |
| v. | ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | )<br>) |
| *Defendants*. | ) |

**PROPOSED ORDER**

On consideration of Plaintiffs' motion for an extension of time to respond to Defendants' motion for an indicative ruling (ECF 78), and the full record in this case, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Plaintiffs shall respond to Defendants' motion for an indicative ruling by April 25, 2025.

It is further ORDERED that Defendants shall file any reply by May 1, 2025.

**SO ORDERED.**

Dated: April ____, 2025

AMIR H. ALI
United States District Judge