IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Orders of March 24, 2025 and April 11, 2025.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since April 9, 2025 was 26, and the total number of such payments by Defendants to non-Plaintiffs processed since April 9, 2025 was 317, until the Court on April 11, 2025 stayed such payments to non-Plaintiffs pending resolution of the motion for an indicative ruling based on *Department of Education v. California*, 145 S. Ct. 966 (2025). In light

1

of that stay, Defendants are not reporting as to non-Plaintiffs after April 11, 2025 or as to the Court's metric.

3. The total number of such payments which remain to be processed for Plaintiffs is 225.

4. The remaining payments to be processed are more labor intensive than those previously processed because of particular transaction and documentation-specific details. Moreover, Defendants received on April 15, 2025 additional payments request details from Plaintiffs in No. 25-cv-402, which Defendants are continuing to analyze in anticipation of meeting and conferring with Plaintiffs about certain requests. In light of that and the other practical limitations described in Defendants' previous status reports, Defendants expect to substantially complete the processing of the remaining payments to Plaintiffs by May 5, 2025.

5. As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024": The Department of State has now completed its programmatic review of all foreign assistance programs to ensure those programs are aligned with the President's foreign policy agenda. *See* Report of April 3, 2025 ¶¶ 8-9 (*AVAC* Doc. 75).

Dated: April 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

<u>/s/ Indraneel Sur</u>
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*