IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

1. Defendants respectfully move under Federal Rule of Civil Procedure 6(b)(1) for a 21-day enlargement of time to, and including, June 3, 2025, to respond to the amended complaint of April 22, 2025 in No. 25-cv-402 (*GHC* Doc. 73), and to an expected amended complaint forthcoming in No. 25-cv-400 (*AVAC*). Under Local Civil Rule 7(m), undersigned counsel asked counsel for Plaintiffs in these actions on April 24, 2025 for their position on the instant motion. Counsel for Plaintiffs stated on April 28, 2025 that they do not oppose the requested extension.

2. The current deadline for the response to the complaints in these actions is May 13, 2025, under this Court's order of April 9, 2025, which granted Defendants' previous extension

1

motion (*AVAC* Doc. 76), which was their first motion for extension as to the *AVAC* original complaint.

3.  The requested extension is warranted to allow Defendants to sufficiently address the new allegations in the 274-paragraph *GHC* amended complaint, which is significantly longer than the 131-paragraph *GHC* original complaint, and which also seeks different relief. Moreover, the *GHC* amended complaint adds new claims for relief not asserted in the *GHC* original complaint.

4.  Additionally, *AVAC* Plaintiffs have stated through counsel that they expect to file an amended complaint this week.

5.  Given the similarity between the claims asserted in the *AVAC* and *GHC* actions, this Court heard argument on the *AVAC* Plaintiffs' motion for a temporary restraining order and a preliminary injunction together with argument on the *GHC* Plaintiffs' motion for such relief, and this Court's resulting orders of February 13, 2025, *AVAC* Doc. 17, and March 10, 2025, *AVAC* Doc. 60, concurrently addressed both actions. Additionally, Defendants filed a combined brief in opposition to those preliminary injunction motions and have sought to reduce duplicative briefing between the two actions throughout. Accordingly, in light of the similarity between the actions, maintaining a common deadline for Defendants' responses to the *GHC* amended complaint and expected *AVAC* amended complaint would allow Defendants to efficiently coordinate and align those responses, and hence facilitate the proper evaluation of those responses by the parties and the Court.

6.  The requested extension is also warranted to allow counsel in this action to meet obligations in other actions with upcoming briefing deadlines. Those upcoming deadlines include those set by other courts in this District in cases against several agencies that are Defendants in this action, including in the next several weeks.

7. Therefore, good cause supports this motion for an extension, and it is not being made for purposes of delay.

8. The granting of the motion will have no effect on existing deadlines in either action.

9. For the foregoing reasons, Defendants respectfully request that this motion be granted and that they accordingly be allowed until, and including, June 3, 2025 to respond to the *GHC* amended complaint and the expected amended complaint in *AVAC*.

10. A proposed order consistent with this motion is also submitted.

Dated: April 29, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*

4