# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## [PROPOSED] ORDER

Upon review of Defendants' unopposed motion for extension of time to respond to the amended complaint in No. 25-cv-402 and the expected amended complaint in No. 25-cv-400, it is hereby ORDERED that the instant motion for an extension is granted; and it is further ORDERED that:

The due date for Defendants' response to the amended complaint in No. 25-cv-402 and expected amended complaint in No. 25-cv-400 is extended through and including June 3, 2025.

So ORDERED this \_\_\_\_ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge