**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1.      Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Orders of March 24, 2025 and April 11, 2025.

2.      As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025:  As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since April 23, 2025 was 59.  In light of the Court's administrative stay of such payments to non-Plaintiffs pending resolution of the motion for an indicative ruling based on *Department of Education v. California*, 145 S. Ct. 966 (2025) Defendants are not reporting as to non-Plaintiffs after April 11, 2025 or as to the Court's metric.

3.      The total number of such payments which remain to be processed for Plaintiffs is 79.

4.      The remaining payments to be processed are more labor intensive than those previously processed because of particular transaction and documentation-specific details. Moreover, Defendants received on April 15, 2025 additional payments request details from Plaintiffs in No. 25-cv-402, concerning which Defendants provided partial information on April 23, 2025, and provided additional information on April 28, 29, and 30, 2025.  Plaintiffs sent additional questions on May 1, 2025, which Defendants are reviewing.

5.      Additionally, Defendants continue to receive new payments requests, including from Plaintiffs, for work completed prior to February 13, 2025.  For example, USAID received 47 new such requests from Plaintiffs within the period covered by this report.  In light of that and the other practical limitations described in Defendants' previous status reports, Defendants expect to substantially complete the processing of the remaining payments to Plaintiffs by May 5, 2025. Defendants further submit that if the Court were to set a deadline for the submission by Plaintiffs of invoices for payments for work completed prior to February 13, 2025, such as May 15, 2025, Defendants could finish processing all of the payments to Plaintiffs by June 6, 2025.

6.      As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024":  In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's March 10, 2025, order regarding obligation of funds.

7.      Defendants understand that portion of the injunction to require them to make available covered funds before they expire, which will happen as soon as September 30, 2025, for

some of the funds at issue. To comply with that direction, Defendants will be required to begin obligating and expending funds, potentially irretrievably, before that deadline. Thus, for Defendants to receive effective relief if they prevail on appeal from the preliminary injunction, Defendants have requested, with Plaintiffs' consent, a briefing schedule from the D.C. Circuit that would enable disposition of the appeal in advance of September 30, 2025.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*