IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through the Minute Orders of March 24, 2025 and April 11, 2025.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since April 30, 2025 was 6. Defendants are obtaining additional information to determine whether the payment rate is being affected by the "Defend the Spend" inquiries to which Plaintiffs in No. 25-cv-402 referred in their submission of May 5, 2025.

3. In light of the Court's administrative stay of such payments to non-Plaintiffs

1

pending resolution of the motion for an indicative ruling based on *Department of Education v. California*, 145 S. Ct. 966 (2025), Defendants are not reporting as to non-Plaintiffs after April 11, 2025 or as to the Court's metric.

4. The total number of such payments which remain to be processed for Plaintiffs is 79.

5. Separately, Defendants received on April 15, 2025 additional payments request details from Plaintiffs in No. 25-cv-402 to which they referred in their submission of May 5, 2025 and the parties are continuing to discuss those payment requests. USAID is reviewing its records to confirm receipt of Plaintiffs' resubmitted invoices and requests, and expects to complete that review early next week.

6. Defendants are continuing to correspond with Plaintiffs in both suits about their invoices and requests.

7. Given ongoing receipt of new payments requests for work completed prior to February 13, 2025, as Defendants have previously submitted, if the Court were to set a deadline for the submission by Plaintiffs of invoices for payments for work completed prior to February 13, 2025, such as May 15, 2025, Defendants could finish processing all of the payments to Plaintiffs by June 6, 2025.

8. As to the provisions in this Court's Order of March 10, 2025 concerning "funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024": In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's March 10, 2025, order regarding obligation of funds.

9. The Court of Appeals in No. 25-5097 on May 6, 2025, on the unopposed motion,

expedited the consolidated appeals and set a schedule (Doc. 2114642) under which the Government's reply brief is due by June 18, 2025.

    10.    As to the pending motion by Defendants for an indicative ruling: In *Widakuswara v. Lake*, No. 25-5144—which was the subject of Defendants' notice of supplemental authority of May 4, 2025—the Court of Appeals on May 7, 2025 entered an *en banc* order (Doc. 2114884) (per curiam) administratively staying, *inter alia*, the part of the order of May 3, 2025 staying the provision of the District Court's preliminary injunction as to grants. The *en banc* majority included the Circuit Judge who, in dissenting from the order of May 3, 2025, found it significant that Congress "made appropriations explicitly allocating funds to" particular named entities whose claims "arise from statute, not from contract," 2025 WL 1288817 at *11 (Pillard, J., dissenting), which is not true as to the appropriations at issue in these suits.

Dated: May 8, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*