IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since May 7, 2025 was 26, and the total number of such payments by Defendants to non-Plaintiffs processed since May 7, 2025 was 1,080. In sum, Defendants have therefore processed 1,106 payments during the five business days through and including May 14, 2025.

1

3. The total number of such payments which remain to be processed for Plaintiffs is 71, and the total number of such payments which remain to be processed for non-Plaintiffs is 2,584. There are therefore approximately 2,700 payments remaining to be processed.

4. Separately, Defendants received on April 15, 2025 additional payments request details from Plaintiffs in No. 25-cv-402 to which they referred in their submission of May 5, 2025, and the parties are continuing to discuss those payment requests. In analyzing Plaintiffs' request details, Defendants realized that payments USAID has been making to Plaintiffs and non-Plaintiffs via the payment management system operated by the Department of Health & Human Services (HHS) have not been included in the count of payments Defendants have been providing through the status reports. For transactions on the HHS system, USAID lacks practicable means to disaggregate payments for work completed prior to February 13, 2025 from payments for work completed later.

5. Additionally, after reviewing its records to confirm receipt of Plaintiffs' resubmitted invoices and requests, USAID on May 15, 2025 provided alternative contact information to assist Plaintiffs in resubmitting a small number of invoices and requests that the agency's personnel, including those at overseas posts, have not been able to locate.

6. Defendants are continuing to correspond with Plaintiffs in both suits about their invoices and requests.

7. Given ongoing receipt of new payments requests for work completed prior to February 13, 2025, as Defendants have previously submitted, if the Court were to set a deadline for the submission by Plaintiffs of invoices for payments for work completed prior to February 13, 2025, such as May 22, 2025, Defendants could finish processing all of the payments to Plaintiffs by June 13, 2025.

8. As to the provisions in this Court's Order of March 10, 2025 concerning "funds

that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024": In consultation with the Office of Management and Budget, and in light of the results of the programmatic review and the planned reorganization outlined in the notification to Congress, USAID and State continue to evaluate the appropriate next steps to address the provision in this Court's March 10, 2025, order regarding obligation of funds.

Dated: May 15, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

LAUREN A. WETZLER
Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

<u>/s/ Indraneel Sur</u>
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*