**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss the Amended Complaints in No. 25-cv-400 (Doc. 86) and No. 25-cv-402 (Doc. 73), which seeks relief under Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, Rule 12(b)(6), and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaints is **GRANTED**; it is further

**ORDERED** that the Amended Complaints in No. 25-cv-400 (Doc. 86) and No. 25-cv-402 (Doc. 73) are **DISMISSED** without prejudice under Federal Rule of Civil Procedure 12(b)(1).

**SO ORDERED** this ____ day of ____, 2025.

                                                                                                                _____

                                                                                                                AMIR H. ALI
                                                                                                                United States District Judge