# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| AIDS VACCINE ADVOCACY | ) | |
| COALITION, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 25-cv-400 (AHA) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF STATE, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

On consideration of Plaintiffs' Motion to Strike Defendants' Memorandum in Support of Motion to Dismiss, the referenced memorandum (ECF 95), and the record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that Defendants' memorandum is stricken from the record.

It is further ORDERED that Defendants shall file a new memorandum, not to exceed 45 pages, by Friday, June 6, 2025.

It is further ORDERED that Plaintiffs' deadline to respond to Defendants' motion shall be 14 days after the filing of a memorandum in support of Defendants' motion to dismiss that complies with the Local Rules 45(e).

**SO ORDERED.**

_____
AMIR H. ALI
United States District Judge

June ___, 2025