IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AIDS VACCINE ADVOCACY
COALITION, *et al.*,

        *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT
OF STATE, *et al.*,

        *Defendants*.

Civil Action No. 25-cv-400 (AHA)

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Schopf:

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

1

Dated: June 12, 2025                    Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:    (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*