UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 25-cv-400 |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

On consideration of Plaintiffs' Motion to Compel Production of the Administrative Record and the entire record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that, within seven days, Defendants shall file with the Court a certified list of the contents of the administrative record and that Defendants shall provide Plaintiffs with the documents contained in the administrative record.

It is further ORDERED that Defendants' Amended Motion to Dismiss Plaintiffs' Amended Complaints (ECF 101) shall be held in abeyance until Defendants comply with this order. Plaintiffs' opposition shall be due fourteen days after the date of compliance.

**SO ORDERED.**

                                                                                                       AMIR H. ALI
                                                                                                        United States District Judge

June 12, 2025