# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

## [PROPOSED] ORDER

On consideration of Plaintiffs' Motion to Enforce the Preliminary Injunction and the entire record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that Defendants file, within five days, a plan for compliance with the preliminary injunction.

**SO ORDERED.**

_____
AMIR H. ALI
United States District Judge

June \_\_\_, 2025