**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE RECORD**

Upon review of Plaintiffs' motion of June 12, 2025 (Doc. 103) to compel production of the administrative record, and the entire record herein, it is hereby ORDERED that

Plaintiffs' motion to compel is DENIED; and it is further ORDERED that:

Insofar as Local Rule 7(n) applies in the above-enumerated action, the requirement to file a certified copy of the contents of an administrative record is STAYED pending further order of the Court until after Defendants' Rule 12(b) motion of June 12, 2025 (Doc. 101) has been fully resolved.

So ORDERED this ____ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge

1