UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) )   Civil Action No. 25-cv-400 |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**FIFTH DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare as follows:

1. I am the co-founder and publisher of the Journalism Development Network (JDN), a Baltimore, Maryland based non-profit.

2. Given JDN's experience, staff, and expertise, JDN is willing and able to compete for federal foreign assistance awards from the Department of State that fund programs for fighting corruption, from State and USAID for the promotion of global democracy, and from USAID for work in Europe, Eurasia, and Central Asia.

Executed on July 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew Sullivan