UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) Civil Action No. 25-cv-400 |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |
| *Defendants*. | ) ) |

**FIFTH DECLARATION OF MITCHELL WARREN**

I, Mitchell Warren, declare as follows:

1. I am the Executive Director of the AIDS Vaccine Advocacy Coalition (AVAC), a New York-based non-profit organization that leverages its independent voice and global partnerships to accelerate the ethical development and equitable delivery of effective HIV prevention options.

2. Given AVAC's experience, staff, and expertise, AVAC is willing and able to compete for federal foreign assistance award funding that may be obligated through appropriations to fund the President's Emergency Plan for AIDS Relief (PEPFAR), including funds appropriated to the Department of State for the prevention, treatment, and control of, and research on, HIV/AIDS and funds appropriated to USAID for HIV/AIDS programs.

Executed on July 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
_____
Mitchell Warren