IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |

**UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY REGARDING PLAINTIFFS' MOTION TO ENFORCE THE PRELIMINARY INJUNCTION**

In AVAC Plaintiffs' response of July 7, 2025 (Doc. 113) to Defendants' notice of supplemental authority of July 1, 2025 (Doc. 110) concerning *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025), AVAC Plaintiffs rely on three new declarations—one from each Plaintiff in this suit, AVAC, JDN, and CVT—and make arguments based on those declarations. Moreover, in their reply of June 27, 2025 (Doc. 109) in further support their motion to "enforce" the preliminary injunction of March 10, 2025, AVAC Plaintiffs rely on a declaration (Doc. 109-1) from a pseudonymous declarant, "Jeff Doe," and make arguments based on that declaration.

Defendants respectfully ask that the Court grant leave to file the attached surreply to respond to the new factual matter in those declarations, and to the arguments predicated on those declarations, to which Defendants had no adequate opportunity to respond.

Under Local Civil Rule 7(m), undersigned counsel asked counsel for AVAC Plaintiffs on July 10, 2025 for their position on the instant motion. Counsel for AVAC Plaintiffs stated they

would not oppose a surreply "of up to eight pages" cabined "to addressing new matter introduced in the declarations"—conditions met by the proposed surreply.

A motion for leave to file a surreply is "routinely grant[ed] . . . when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (quoting *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C.2001)). "In exercising its discretion" to allow a surreply, "the district court should consider whether the movant's reply in fact raises arguments or issues for the first time; whether the non-movant's proposed surreply would be helpful to the resolution of the pending motion; and whether the movant would be unduly prejudiced were leave to be granted." *Glass v. Lahood*, 786 F. Supp. 2d 189, 231 (D.D.C. 2011); *see United States v. Mejia*, 657 F. Supp. 3d 123, 130 n.3 (D.D.C. 2023). Those circumstances exist here, and courts routinely grant motions for leave to file a surreply where, as here, parties introduce new declarations and other new matter in replies or successive briefs. *See, e.g*, *Pub. Emps. for Env't Resp. v. Nat'l Park Serv.*, 605 F. Supp. 3d 28, 36-38 (D.D.C. 2022) (granting leave to file surreply to address new affidavit filed with reply brief); *Doe v. Roman Catholic Diocese of Greensburg*, No. 20-cv-1750, 2021 WL 12137383, at *2-3 (D.D.C. Feb. 12, 2021) (granting motion for leave to file a surreply where plaintiffs filed a new affidavit and introduced new factual material in reply); *Lee v. Christian Coal. of Am., Inc.*, 160 F. Supp. 2d 14, 23 n.4 (D.D.C. 2001) (granting motion for leave to file a surreply brief where plaintiffs included three new declarations in their reply brief); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting motion for leave to file a surreply where the reply included a declaration not included in the original motion).

This Court should do the same and allow Defendants to file their proposed surreply attached herewith. A proposed order is also attached.

| | |
|---|---|
| Dated: July 10, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>ALEXANDER K. HAAS<br>Director<br>Federal Programs Branch<br><br>*/s/ Indraneel Sur*<br>INDRANEEL SUR (D.C. Bar 978017)<br>Senior Counsel<br>JOSHUA N. SCHOPF<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 616-8488<br>Email: indraneel.sur@usdoj.gov<br><br>*Counsel for Defendants* |