UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY**

Upon consideration of Defendants' unopposed motion of July 10, 2025 for leave to file a surreply, and the lodged surreply, it is

ORDERED that the motion be granted. The Clerk is directed to file the lodged surreply.

So ORDERED this \_\_\_\_ day of _____, 2025.

_____
AMIR H. ALI
United States District Judge