IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |

## NOTICE OF ERRATA

Defendants filed on July 23, 2025 a supplemental memorandum in further support of their opposition to GHC Plaintiffs' motion to enforce, which, together with AVAC Plaintiffs' motion to enforce, was addressed in the Court's Order of July 21, 2025. The version of that supplemental memorandum Defendants filed in this action erroneously bore the GHC caption. Although the supplemental memorandum is directed to contentions by the GHC Plaintiffs, Defendants have attached herewith a version of the supplemental memorandum bearing the caption for this action (and titled: "Supplemental Brief In Opposition To GHC Plaintiffs' Motion To Enforce The Preliminary Injunction"), should the Court find it helpful to have a separate version on the docket in this action.

1

Dated: July 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*