UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Clarify of August 11, 2025, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motions to Clarify is **GRANTED**; and it is further

**ORDERED** that the Order of July 21, 2025 is clarified to reflect that:

The Order of July 21, 2025 and the Preliminary Injunction of March 10, 2025 do not restrain Defendants from taking action with respect to agreements based on their exercise of authorities under statutes, regulations, and other legal authorities, including but not limited to

(1) taking action to enforce the terms of particular contracts, including with respect to expirations, modifications, or terminations pursuant to contractual provisions;

(2) taking action pursuant to executive orders other than Executive Order No. 14,169 of January 20, 2025; and

(3) taking action, including terminations before the Court's issuance of the Temporary Restraining Order of February 13, 2025, to which counterparties to contracts or agreements consent.

**SO ORDERED** this \_\_\_\_ day of \_\_\_\_, 2025.

_____
AMIR H. ALI
United States District Judge