UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion of August 15, 2025 for a partial stay of the preliminary injunction pending issuance of the mandate of the United States Court of Appeals for the D.C. Circuit in No. 25-5097, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion for partial stay is **GRANTED**; and it is further

**ORDERED** that pending issuance of the mandate of the D.C. Circuit in No. 25-5097, the branch of the Court's preliminary injunction of March 10, 2025 that "enjoined" the "Restrained Defendants" "from unlawfully impounding congressionally appropriated foreign aid funds and shall make available for obligation the full amount of funds that Congress appropriated for foreign assistance programs in the Further Consolidated Appropriations Act of 2024" is **STAYED**.

**SO ORDERED** this \_\_\_\_ day of \_\_\_\_, 2025.

_____
AMIR H. ALI
United States District Judge