IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

## JOINT STATUS REPORT

Plaintiffs respectfully submit this joint status report, with Defendants' consent, pursuant to the Court's order dated July 15, 2025, directing the parties to submit, within three days of the D.C. Circuit's decision in the pending appeal, a joint status report proposing a new briefing schedule on Defendants' motion to dismiss the First Amended Complaints in these cases.

The D.C. Circuit issued an opinion on Wednesday, August 13, 2025. Plaintiffs filed a petition for rehearing en banc and emergency motion to stay the panel's judgment pending resolution of the petition on Friday, August 15, 2025. The D.C. Circuit directed Defendants to respond to the petition and the motion by 5:00 pm on Wednesday, August 20, 2025.

1

In light of the ongoing proceedings in the D.C. Circuit, Plaintiffs request that the Court enter an order directing the parties to jointly propose a new briefing schedule within three days of the D.C. Circuit's disposition of Plaintiffs' pending petition for en banc rehearing. Defendants do not object to Plaintiffs' request.

| | |
|---|---|
| Dated: August 18, 2025 | Respectfully submitted, |
| */s/ Lauren E. Bateman* | */s/ Daniel F. Jacobson* |
| Lauren E. Bateman (D.C. Bar 1047285)<br>Allison M. Zieve (D.C. Bar 424786)<br>Nicolas A. Sansone (D.C. Bar 1686810)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street, NW<br>Washington, DC 20009<br>Tel: (202) 588-1000<br><br>*Counsel for Plaintiffs in Case No. 25-400* | Daniel F. Jacobson (D.C. Bar 1016621)<br>John Robinson (D.C. Bar 1044072)<br>Nina Cahill (D.C. Bar 1735989)<br>JACOBSON LAWYERS GROUP PLLC<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>Tel: (301) 823-1148<br>dan@jacobsonlawyersgroup.com<br><br>William C. Perdue (D.C. Bar 995365)<br>Sally L. Pei (D.C. Bar 1030194)<br>Samuel M. Witten (D.C. Bar 378008)<br>Stephen K. Wirth (D.C. Bar 1034038)<br>Dana Kagan McGinley (D.C. Bar 1781561)<br>Allison Gardner (D.C. Bar 888303942)<br>Daniel Yablon (D.C. Bar 90022490)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel: (202) 942-5000<br>stephen.wirth@arnoldporter.com<br><br>*Counsel for Plaintiffs in Case No. 25-402* |