UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF STATE, et al., ) ) Defendants. ) | Civil Action No. 25-cv-400 |

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO CLARIFY**

The preliminary injunction enjoins Defendants from "giving effect to any terminations … issued between January 20, 2025, and February 13, 2025." ECF 60 at 47–48. Although Plaintiffs in this case were not affected by terminations issued in that timeframe, it bears mention that all three aspects of Defendants' "Motion to Clarify" are, once again, a transparent effort to "evade [the] terms" of this Court's orders "through post hoc explanations for [those] terminations"—efforts the Court has repeatedly "previously rejected." *See* Order, ECF 118 at 8. It should again reject those efforts here.

**CONCLUSION**

Defendants' motion to clarify should be denied.

Dated: August 25, 2025                    Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group

1

1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*