UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| Plaintiffs, | ) )  Civil Action No. 25-cv-400 |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE REGARDING GLOBAL HEALTH COUNCIL PLAINTIFFS' CONDITIONAL MOTION TO CLARIFY PRELIMINARY INJUNCTION AND FOR INDICATIVE RULING**

Plaintiffs are in receipt of *Global Health Council* Plaintiffs' Conditional Motion to Clarify Preliminary Injunction and For Indicative Ruling (Dkt. No. 25-cv-402, ECF 125). Consistent with Plaintiffs' Response to Defendants' Notice of Supplemental Authority (ECF 113), Plaintiffs agree that the relief requested by *Global Health Council* Plaintiffs is appropriate and warranted.

Dated: August 25, 2025

Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

1