UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants*. | ) | |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs AIDS Vaccine Advocacy Coalition, Journalism Development Network, and Center for Victims of Torture hereby move for a preliminary injunction requiring Defendants to make available for obligation and to obligate, by September 30, 2025, for the uses and purposes specified by Congress, the full amount of expiring funds that Congress appropriated for foreign assistance programs in the categories of appropriations specified in ECF 113 at 2–3, unless Congress rescinds the appropriations through duly enacted legislation.

A memorandum in support of this motion, Second Declaration of Scott Roehm, and a proposed order are being filed concurrently herewith. Defendants oppose this motion.

Dated: September 1, 2025

Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs AVAC, et al.*