# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) )  Civil Action No. 25-cv-400 |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) |
| *Defendants*. | ) ) |

## [PROPOSED] ORDER

On consideration of Plaintiffs' Motion for Preliminary Injunction and the entire record in this case, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that Defendants are enjoined to make available for obligation and to obligate, by September 30, 2025, for the uses and purposes specified by Congress, the full amount of expiring funds that Congress appropriated for foreign assistance programs in the categories of appropriations specified in ECF 113 at 2–3, unless Congress rescinds the appropriations through duly enacted legislation.

It is further ORDERED that Defendants may not newly obligate expiring funds, or keep funds that are currently obligated in that status, and then de-obligate the funds after September 30 for the specific purpose of permanently impounding the funds.

It is further ORDERED that Defendants shall take every step necessary to effectuate this Order.

It is further ORDERED that Defendants shall file a status report within one week of the entry of this Order, apprising the Court of the status of their compliance with this Order.

**SO ORDERED.**

_____
AMIR H. ALI
United States District Judge

September \_\_, 2025