UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 25-cv-400 |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

**UNOPPOSED MOTION TO MODIFY DEADLINE
TO PROPOSE BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO DISMISS**

On September 16, 2025, this Court issued an order directing the parties to propose a new briefing schedule for Defendants' motion to dismiss within three business days of the Supreme Court's disposition of Defendants' application for a stay. The Supreme Court disposed of the application on September 26, 2025, so the deadline for the proposal is today.

This morning, however, in light of the lapse of funding to Executive Branch agencies including the Department of Justice, Chief Judge Boasberg issued Standing Order No. 25-55, which extends "[i]n all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees … by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days[.]" Via email to undersigned counsel, the government

1

confirmed this morning its understanding that Standing Order No. 25-55 extends "Defendants' filing deadlines, including for today's statement" and asked Plaintiffs to note as much in any statement regarding proposed briefing schedules.

Although the Standing Order extends the deadline "imposed upon the United States," it does not, by its own terms, modify the current deadline with respect to Plaintiffs. Plaintiffs therefore request that the Court enter an order commensurately extending the deadline to propose a new briefing schedule for Defendants' motion to dismiss. Defendants do not object to the relief requested.

Plaintiffs note that, in the event of an extended lapse, they may later move the Court to set a deadline so that the litigation is not indefinitely delayed.

## CONCLUSION

The Court should grant the motion and order the parties to propose a new briefing schedule for Defendants' motion to dismiss within the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days, beginning from the date upon which the lapse is cured.

Dated: October 1, 2025                    Respectfully submitted,

/s/ Lauren E. Bateman
Lauren E. Bateman (D.C. Bar No. 1047285)
Allison M. Zieve (D.C. Bar No. 424786)
Nicolas A. Sansone (D.C. Bar No. 1686810)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*