IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1.     Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders. The instant status report would have been due on October 2, 2025 but the Chief U.S. District Judge stayed that deadline because of a lapse in appropriations for the Department of Justice. *See* Standing Order 25-55. After restoration of appropriations, the Chief U.S. District Judge extended all deadlines during the lapse by 53 days. *See* Standing Order 25-59.

2.     As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025, the information currently available to Defendants is as

1

follows: As of yesterday, the total number of such payments by Defendants to Plaintiffs processed since September 24, 2025 was 81, and the total number of such payments by Defendants to non-Plaintiffs processed since September 24, 2025 was 8,008. In sum, Defendants have therefore processed 8,089 payments during the business days through and including November 21, 2025, which includes the period during which appropriations had lapsed.

3. The total number of such payments which remain to be processed by Defendants for Plaintiffs is 2, and the total number of such payments which remain to be processed for non-Plaintiffs is 1,223. There are therefore approximately 1,200 payments remaining to be processed.

4. Defendants respectfully request an additional seven days to complete past-work payments reporting since the last status report, and propose to further report those payments in their next status report due December 1, 2025, to account for the Thanksgiving holiday in the interim.

Dated: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*