IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**NOTICE OF**
**WITHDRAWAL OF ATTORNEY APPEARANCE**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE of the withdrawal of the appearance of Indraneel Sur as counsel for the Defendants in this action in connection with conclusion of service at the Federal Programs Branch of the Civil Division of the U.S. Department of Justice.  Defendants continue to be represented by other attorneys at the Federal Programs Branch.

1

Dated: December 5, 2025                     Respectfully submitted,

<u>*/s/ Indraneel Sur*</u>
INDRANEEL SUR (D.C. Bar 978017)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 616-8488
Email: indraneel.sur@usdoj.gov

*Counsel for Defendants*