IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-400 (AHA) |
| GLOBAL HEALTH COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-402 (AHA) |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF MARCH 24, 2025**

1. Defendants hereby respond to the inquiries in the Court's Minute Order of March 17, 2025, as made applicable through subsequent Minute Orders.

2. As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025: As of December 5, 2025, the total number of such payments by Defendants to Plaintiffs processed since November 28, 2025 was 2, and the total number of such payments by Defendants to non-Plaintiffs processed since November 28, 2025 was 1378. In sum, Defendants have therefore processed 1380 payments during the four business days through and including December 5, 2025.

1

3.      The total number of such payments which remain to be processed by Defendants for Plaintiffs is 14, and the total number of such payments which remain to be processed for non-Plaintiffs is 1,316.  There are therefore approximately 1,330 payments remaining to be processed.

4.      As previously explained, although USAID has continued to process certain payments made through the payment management system operated by the Department of Health & Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for work completed prior to February 13, 2025 from HHS-operated payments for work completed later.  Hence, USAID has not reported HHS-operated payments in its count above.

5.      Separately, Defendants received on November 4, 2025 a description by Plaintiffs in No. 25-cv-402 of certain invoices pertaining to members of one of the associational Plaintiffs concerning payments those members have not yet received.  Defendants are continuing to examine that description and corresponding with Plaintiffs.

Dated: December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF (D.C. Bar 465553)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Phone: (202) 514-0134
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*