**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-cv-400 (AHA) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| *Defendants*. | |
| GLOBAL HEALTH COUNCIL, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-cv-402 (AHA) |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' STATUS REPORT UNDER MINUTE ORDER OF DECEMBER 10, 2025**

1.     Defendants hereby respond to the inquiries in the Court's Minute Order of December 10, 2025.

2.     As to processing of payments to foreign assistance funding recipients for work completed prior to February 13, 2025:  the total number of such payments by Defendants to Plaintiffs processed since March 10 is 727, and the total number of such payments by Defendants to non-Plaintiffs is 17,923.  In sum, Defendants have therefore processed 18,650 payments since March 10, 2025.

3.     The total amount paid to Plaintiffs is $185,915,268.32 and the total amount paid to

1

non-Plaintiffs is $2,068,057,247.54.  Thus, a total of $2,253,972,515.86 has been paid for work

completed prior to February 13, 2025.

    4.    As previously explained, although USAID has continued to process certain

payments made through the payment management system operated by the Department of Health

& Human Services (HHS), USAID has not been able to disaggregate HHS-operated payments for

work completed prior to February 13, 2025 from HHS-operated payments for work completed

later.  Hence, USAID has not reported HHS-operated payments in its count above.


Dated: December 19, 2025           Respectfully submitted,

                    BRETT A. SHUMATE
                    Assistant Attorney General
                    Civil Division

                    YAAKOV M. ROTH
                    Principal Deputy Assistant Attorney General
                    Civil Division

                    ERIC J. HAMILTON
                    Deputy Assistant Attorney General

                    ALEXANDER K. HAAS
                    Director

                    */s/ Joshua N. Schopf*
                    JOSHUA N. SCHOPF
                    Trial Attorney
                    United States Department of Justice
                    Civil Division, Federal Programs Branch
                    1100 L St. NW
                    Washington, DC 20005
                    Phone: (202) 514-6304
                    Email: joshua.n.schopf@usdoj.gov

                    *Counsel for Defendants*