# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5317**   **September Term, 2025**

1:25-cv-00402-AHA<br>
1:25-cv-00400-AHA

**Filed On: February 18, 2026** [2159669]

AIDS Vaccine Advocacy Coalition, et al.,

    Appellees

    v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5319

## M A N D A T E

    In accordance with the order of February 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

<b>FOR THE COURT:</b><br>
Clifton B. Cislak, Clerk<br><br>
BY:  /s/<br>
      Francis A. Walter<br>
      Deputy Clerk

Link to the order filed February 18, 2026